IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARBARA MEIER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00615-ALM |
| | § | |
| UHS OF DELAWARE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Defendant Timothy Tom's Unopposed Motion to Substitute Counsel

COMES NOW, Timothy Tom ("Movant" and/or "Tom") and files this his Unopposed Motion to Substitute Counsel pursuant to Local Rule CV-11(c) and respectfully shows the Court as follows:

1.      Meier commenced the lawsuit by filing in Denton County on December 8, 2017. Movant was not added to the lawsuit until April 15, 2019, when Plaintiffs filed their Second Amended Original Complaint. *See* Dkt. No. 130. The law firm Cooper & Scully, PC has appeared and responded to the complaint on behalf of Movant.

2.      Movant is requesting that Dana Morgan, and the law firm Steed Dunnill Reynold Bailey Stephenson, LLP, be substituted in the place of Brent Cooper and the law firm Cooper & Scully, PC, as attorneys of record for Defendant Timothy Tom and that Cooper & Scully, PC be allowed to withdraw as counsel of record for Movant. Cooper and Scully, PC will remain in this case as counsel for Defendants Yung Yao, Yupo Jesse Chang, Universal Physicians, PA, Dr. Says, LLC, MD Reliance, Inc., Office Winsome, LLC.

3.      The pertinent information regarding Movant's new counsel is:

Dana Morgan
State Bar No: 24007705
Steed Dunnill Reynolds Bailey Stephenson, LLP
250 East Evergreen
Sherman, Texas 75090
DanaMorgan@steedlawfirm.com
Phone: (903) 813-3900
Fax: (903) 813-3909

4.      Movant approves and requests this substitution of attorneys. Movant's request is supported by good cause and the withdrawal and substitution will not disrupt the current trial setting or otherwise delay the proceeding.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Timothy Tom respectfully requests that this Motion to Substitute Counsel be granted, Dana Morgan be designated as Tom's lead counsel of record, and Brent Cooper and Cooper & Scully, PC be allowed to withdraw as counsel of record for Tom. Additionally, Tom requests such other and further relief, at law or equity, which he may be justly entitled.

Respectfully submitted,

By: _____/s/  Eric W. Hines_____
    R. BRENT COOPER
    State Bar No. 04783250
    Brent.Cooper@cooperscully.com
    ERIC W. HINES
    State Bar No. 24010107
    Eric.Hines@cooperscully.com
    CHAD M. NELSON
    State Bar No. 24102930
    Chad.Nelson@cooperscully.com

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas  75202
Telephone: 214-712-9500
Facsimile: 214-712-9540

By: ___/s/  Dana Morgan_____
    DANA MORGAN
    State Bar No. 24007705
    danamorgan@steedlawfirm.com

**STEED DUNNILL REYNOLDS**
**BAILEY STEPHENSON LLP**
250 East Evergreen Street
Sherman, Texas  75090
Tel: 903-813-3900
Fax: 903-813-3909

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via the ECF System on this the 15th day of August, 2019.

_____*/s/ Eric W. Hines*_____
Eric W. Hines

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h). On August 14, 2019, I conferred with counsel for all parties by email regarding the foregoing motion, and all counsel stated that they were unopposed to the foregoing motion.

_____*/s/ Eric W. Hines*_____
Eric W. Hines