**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| BARBARA MEIER, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00615-ALM |
| | § | |
| UHS OF DELAWARE, INC., et al.,, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**NOTICE OF APPEARANCE**

Defendant Gary Malone, M.D. ("Defendant") gives notice to the Court as well as to all parties to this lawsuit that the following attorney is now appearing as co-counsel with D. Bowen Berry and Gary D. Lykins for Defendant:

> Robert J. Swift
> State Bar No. 19585700
> NORTON ROSE FULBRIGHT US LLP
> Fulbright Tower
> 1301 McKinney, Suite 5100
> Houston, TX 77010-3095
> Telephone: 713 651 5151
> Telecopier: 713 651 5246
> robert.swift@nortonrosefulbright.com

D. Bowen Berry and Gary D. Lykins will remain as Defendant's lead counsel.

Defendant respectfully requests that the Court as well as parties to this lawsuit take notice of this appearance of counsel.  Defendant requests that the undersigned counsel be served with all discovery, pleadings, notices, correspondence, and all other documents served or required to be served on him in this case.

Dated:  October 3, 2019

Respectfully submitted,

_/s/ Robert J. Swift_
Robert J. Swift
State Bar No.  19585700
robert.swift@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:      (713) 651-5151
Facsimile:      (713) 651-5246

OF COUNSEL
NORTON ROSE FULBRIGHT US LLP

Counsel for Defendant GARY MALONE, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via the CM/ECF System on this 3rd day of October, 2019:

Frank L. Branson
flbranson@flbranson.com
John Tindall Burkhead
jburkhead@flbranson.com
The Law Offices of Frank L. Branson, P.C.
Highland Park Place
4515 Cole Avenue, 18th Floor
Dallas, Texas 75205

Martin J. Cirkiel
marty@cirkielaw.com
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
*Attorneys for Plaintiffs*

Stacy L. Brainin
stacy.brainin@haynesboone.com
Anne M. Johnson
anne.johnson@haynesboone.com
Neil Issar
neil.issar@haynesboone.com
George W. Morrison
bill.morrison@haynesboone.com
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
*Attorneys for Defendants, UHS of Delaware,*
*Inc., Universal Health Services, Inc.,*
*Behavioral Health Connections, Inc., Wendell*
*Quinn and Jan Arnett*

R. Brent Cooper
Brent.Cooper@cooperscully.com
Eric W. Hines
Eric.Hines@cooperscully.com
Chad M. Nelson
Chad.Nelson@cooperscully.com
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
*Attorneys for Defendants, Yupo Jesse Chang,*
*Universal Physicians, P.A., Dr. Says LLC,*
*MD Reliance, Inc., Office Winsome, LLC, and*
*Yung Husan Yao*

Russell Winfield Schell
rschell@schellcooley.com
Timothy D. Ryan
tryan@shellcooley.com
Schell Cooley Ryan & Campbell LLP
5057 Keller Springs Road, Suite 425
Addison, Texas 75001
*Attorneys for Defendants, Mayhill Behavioral*
*Health, LLC, Kenneth Chad Ellis, Millwood*
*Hospital LP, Hickory Trail Hospital, LP, and*
*Behavioral Health Management, LLC d/b/a*
*Behavioral Hospital of Bellaire*

Edward P. Quillin
equillin@equillinlaw.com
T.B. "Nick" Nicholas, Jr.
nnicholas@equillinlaw.com
Quillin Law Firm, PC
4101 McEwen Rd., Suite 540
Dallas, Texas 75244-5130
*Attorneys for Defendant, Jamal Rafique*

David C. McCue
dmccue@mcpaulaw.com
Mary T. Sullivan
msullivan@mcpaulaw.com
McCue Pauley & Associates, P.C.
15150 Preston Rd., Suite 200
Dallas, Texas 75248
*Attorneys for Defendant, Sabahat Faheem*

Dana Morgan
danamorgan@steedlawfirm.com
Jordan Fontenot
jordanfontenot@steedlawfirm.com
Steed Dunnill Reynolds Bailey Stephenson
LLP
250 East Evergreen Street
Sherman, Texas 75090
*Attorneys for Defendants, Harmanpreet
Buttar, MD, Timothy Tom, MD, and
Quingguo Tao, MD*

Stan Thiebaud
sthiebaud@trtblaw.com
Russell G. Thornton
rthornton@trtblaw.com
Thiebaud Remington Thornton Bailey LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, Texas 75206
*Attorneys for Defendant, Sejal Mehta, MD*

*/s/ Robert J. Swift*
Robert J. Swift