Expert Witness Report


Barbara Meier, et al v

Harmanpreet Buttar, Quigguo Tao, Timothy Tom,

Yu-po Jesse Chang, Yung Hsuan Yao, Dr. Says LLC, MD Reliance Inc., Office

Winsome LLC, and Universal Physicians PA


Civil Action No. 4:18-cv-00615-ALM

---

January 05, 2020


Dana Morgan

Steed, Dunnill, Reynolds, Bailey, Stephenson LLP

250 East Evergreen Street

Sherman, TX 75090


Eric Hines

Cooper and Scully PC

900 Jackson Street

Suite 100

Dallas, TX 75202


Ms. Morgan and Mr. Hines;


The following report is my review of documents provided to me by your firms in
the above referenced legal matter. My review examined the documented events

and actions of Drs. Buttar, Tao, and Tom with specific attention to whether standards of care were met in the care of their patients prior to being admitted for inpatient psychiatric care. I reserve the right to amend this report should additional information become available.

My report is based on my qualifications as a practicing physician trained as an Internist and Psychiatrist for the last 15 years and my experience working in the field of telehealth. Further details regarding my qualifications can be found within my CV. I believe I am qualified to review this matter given my experience working with diverse populations of psychiatric patients across multiple phases of care including the use of technologies broadly defined as telemedicine or telehealth care. My fee schedule is $500.00 per hour plus expenses. I have no prior history of serving as an expert witness.

**Dr. Buttar**

Materials Reviewed – Patient McPherson

• BHC-00000074 – 97
• CHANG 000209 – 10
• Buttar Deposition dated November 1, 2019
• PLTF 004334 – 75
• Millwood YM00041 – 42

Review and Opinion

My understanding is that Dr. Buttar was employed by Universal Physicians, PA supporting multiple hospitals. Her contracted duty was to facilitate the pre-

admission phase of care for patients assessed to be in need of inpatient stabilization. The physician's role in satisfying this duty is to ensure that the admission is both appropriate and safely executed.

Satisfying admission criteria for psychiatric patients broadly involves the presence of one or more of three findings that the patient is (1) a danger to themselves, (2) a danger to others, and/ or (3) gravely disabled and unable to care for self.

Review of Ms. McPherson's file highlights an all too common phenomenon that many facilities lack 24-hour psychiatric physician coverage creating an access to care challenge. A common remedy is for psychiatric hospitals to contract with "overnight" (outside of daytime hours of operation) third-party physician services to (1) confirm the need for hospitalization based on the above-mentioned criteria, (2) mitigate any imminent medical or psychiatric risks impacting patient safety, and (3) ensure the safe arrival through coordinated communication with the receiving facility. Presuming the above occurs and the patient has been formally admitted, the inpatient psychiatric physician (typically a different physician) performs a full psychiatric evaluation soon after and assumes primary responsibilities for the inpatient phase of care.

Review of Dr. Buttar's care of Ms. McPherson reveals a clear declaration of active suicidality and report of recent attempt by overdose within the pre-admission evaluation also referred to as a Memorandum of Transfer (MOT) in the Record Log.  A MOT is an administrative mechanism to ensure patient safety and quality of care when transferring a patient between facilities. As this mechanism is administrative rather than clinical, direct patient contact is not part of the process. A MOT serves as a structured checklist through which relevant



AGMP Telehealth
Thomas J Kim, MD, MPH  •  Principal
thomas@agmp.co  •  512.630.2467 o.  •  504.676.5917 f

members of the receiving facility staff (not just the physician) are notified and aware of an impending admission. As there was no mention of Ms. McPherson not arriving to the psychiatric facility or other transition challenge (i.e. Ms. McPherson safely arrived at the receiving facility), it is my opinion that **Dr. Buttar met the standard of care in facilitating the pre-admission of Ms. McPherson who was in need of inpatient stabilization with no mention of harm or adverse outcome prior to admission**.

To the issue of technology use and the role of telehealth, review of the Record Log reveals a very timely response by Dr. Buttar compared to conventional model response times. In fact, there was a minor delay on the emergency room side referenced in the log without which the physician response time would have been even shorter.

**Dr. Tao**

<u>Materials Reviewed – Patients Meier, Green, Young, and Harvey</u>

• Mayhill BM000124 – 27
• CHANG 000201 – 02
• CHANG 000227 – 28
• BHC 00000428 – 60
• CHANG 000229 – 30
• CHANG 000207
• PLTF 027124 – 96
• CHANG 000187 – 89
• CHANG 000206
• BHC 00000032 – 48



AGMP Telehealth
Thomas J Kim, MD, MPH  •  Principal
thomas@agmp.co  •  512.630.2467 o.  •  504.676.5917 f

• Millwood TH000020 – 21

• USMD Hospital at Arlington 00001 – 28


<u>Review and Opinion</u>


My understanding is that Dr. Tao was employed by Universal Physicians, PA supporting multiple hospitals with the same contractual expectations and duties as Dr. Buttar.


Review of Ms. Meier's pre-admission evaluation reveals overwhelming symptoms of depression and anxiety with specific reference to Ms. Meier being incapable of attending to basic activities of daily living. This constellation of challenges paints a clear picture of grave disability with moderate to high concern of risk to self despite denial of suicidality at the time of evaluation. Given this, **Dr. Tao has met the standard of care in confirming and facilitating the admission of Ms. Meier to an inpatient psychiatric facility for stabilization with no mention of harm or adverse outcome prior to admission**. Review of the Record Log reveals a very timely response to the request for pre-admission assessment.


Review of Ms. Green's pre-admission evaluation also referred to as a MOT in the Record Log reveals a report of suicide attempt by overdose in the context of severe symptoms of anxiety and depression. As this meets criteria for admission, **Dr. Tao has met the standard of care in confirming and facilitating the admission of Ms. Green to an inpatient psychiatric facility for stabilization with no mention of harm or adverse outcome prior to admission**. Review of the Record Log reveals a timely response to the request for pre-admission assessment.



Review of Ms. Young's pre-admission evaluation also referred to as a MOT in the Record Log reveals active suicidality with a plan to cut herself.  As this meets criteria for admission, **Dr. Tao has met the standard of care in confirming and facilitating the admission of Ms. Young to an inpatient psychiatric facility for stabilization with no mention of harm or adverse outcome prior to admission**. Review of the Record Log reveals a timely response to the request for pre-admission assessment.

Review of Mr. Harvey's documents reveals documentation for a Memorandum of Transfer (MOT). Dr. Tao is the identified accepting physician on the USMD MOT. Review of Dr. Tao's note reveals that Mr. Harvey presented with active suicidality and a plan to drive his car into a wall creating additional concern for inadvertent harm to others in additional to harm to himself. As this meets criteria for admission, **Dr. Tao has met the standard of care in confirming and facilitating the admission of Mr. Harvey to an inpatient psychiatric facility for stabilization with no mention of harm or adverse outcome prior to admission**. Review of the Record Log reveals a timely response to the request for MOT review.

**Dr. Tom**

Materials Reviewed – Patient Creel

• PLTF 011882

• PLTF 011883

• Bellaire DC000091 – 93

• PLTF 011884

• PLTF 011885

• CHANG 000203 – 24

• Tom Deposition dated November 5, 2019

• Tom CV marked Exhibit 1 dated November 5, 2019

• Tom Document marked Exhibit 2 dated November 5, 2019 which is a

      compilation of Bellaire DC000091 – 93 and PLTF 011882 -85.


<u>Review and Opinion</u>


My understanding is that Dr. Tom was employed by Universal Physicians, PA
supporting multiple hospitals with the same contractual expectations and duties
as Drs. Buttar and Tao.


Review of Ms. Creel's pre-admission evaluation reveals progressively worsening
mood and anxiety symptoms in addition to multiple other neurovegetative
symptoms. Ms. Creel's report includes suicidal ideation with a plan to overdose
which heightens the potential risk to self when compared to suicidality without a
plan.  As this meets criteria for admission, **Dr. Tom has met the standard of
care in confirming and facilitating the admission of Ms. Creel to an
inpatient psychiatric facility for stabilization with no mention of harm or
adverse outcome prior to admission**. Review of the Record Log reveals a
timely response to the request for pre-admission assessment.


A key aspect to this patient file was the initiation of legal proceedings to
involuntarily admit Ms. Creel for inpatient stabilization.  There was initially
insufficient information in the documents provided to comment on the details and
circumstances that led up to the decision to admit Ms. Creel involuntarily.
Presumably, the patient refused the offer of inpatient stabilization which placed
Dr. Tom in the difficult position to advocate for his patient for her own safety. The



necessary documents to initiate an involuntary admission appear complete and fully executed.  I understand from our previous discussions that Ms. Creel's inpatient psychiatric physician initiated an identical application for emergency detention which appears to confirm both the need for admission and Ms. Creel's refusal of inpatient stabilization. Review of Ms. Creel's deposition revealed a different recounting of events and circumstances which included discharge from Memorial Hermann with a safety plan and presentation to the Behavioral Hospital of Bellaire (BHB) 2 days later. Notably, Ms. Creel denies ever having encountered Dr. Tom during the pre-encounter phase despite the documentation from both Dr. Tom and BHB.

**Additional Documentation**

Additional documentation provided by your firms was also reviewed related to Dr. Chang, Chang related defendants, and multiple plaintiffs. These documents were assessed to be largely unrelated to the question of standard of care pre-admission. This second batch of documents included:

• Professional Contractor Services Agreement for Drs. Buttar, Tao, and Tom
• Dr. Buttar Deposition
• Dr. Chang Deposition
• Diane Creel Deposition
• Diane Creel documents including Medical Records from Memorial Hermann
   and Behavioral Hospital of Bellaire, Letter from Texas Medical Board
   (TMB), Certificate of Medical Examination and Order of Protective
   Custody (OPC), Letter to UHS, Letter from Kepro, Display Graphics
   Monthly Sales Report, and Expense Report Post Hospitalization.
• Lynn Creel Deposition



- Jalisa Green Deposition
- Jalisa Green documents including Journal handwritten in a marble composition notebook, Additional Journal Entries, Documents from Millwood Hospital, Order for Physician Examination, Application for Temporary Mental Health Services, and OPC.
- Becky Cipolla Harvey Deposition
- Troy Anthony Harvey documents including USMD medical records, Letter from Millwood Hospital, and Letter from Department of Veteran Affairs.
- Troy Anthony Harvey Deposition
- Troy Anthony Harvey documents including Medical Records from USMD, Behavioral Health Connections, Millwood Hospital, AMR, Arlington Counseling, and Therapy Services and Expense Report attributed to Mr. Harvey.
- Yolanda McPherson Deposition
- Yolanda McPherson documents including Statement from Psychiatric Medical Associates, Medical records from Millwood Hospital including a Statement, Magazine Subscription order for Ellen Pilcher, Prescription from Dr. Doti, Phone Records of Benjamin McPherson, and Letter from Aetna.
- Cindy Meier Roschen Deposition
- Cindy Meier Roschen documents including Photographs, Notes attributed to Vern, Notes attributed to Cindy, Texting thread between Ms. Roschen and Govinda Hough, and Petition for and Decree of Divorce from Vernon and Barbara Meier.
- Yung Hsuan Yao Deposition
- Tiffany Young Deposition
- Tiffany Young documents including Medical Records from Hickory Trail Hospital, Checklist to Appeal a Discharge, and Request for Tax Return.

**Concluding Statements**

Review of the case documents broadly, particularly the depositions, revealed some notions that warrant further clarification.

Pre-admission physician services as described above would fall under the regulatory guidance of Texas Administrative Code 174.9 Provision of Mental Health Services. This code, pursuant to the Medical Practice Act, grants the TMB authority in promulgating the rules concerning mental health service provision.

The TMB requires that all individuals, including physicians, be properly licensed or certified to perform health care services. There is no mention of specialty training as a requirement. I believe this is intended to both recognize the critical shortage of psychiatrically trained physicians here in Texas and an intention to avoid overly prescriptive regulations which risks unintended consequences. This regulatory guidance reflects the current reality that nearly all physicians and especially primary care physicians manage mental health issues in their routine clinical practices.

TAC 174.9 also clearly permits the use of telecommunications or information technology in order to care for a patient in a geographically different location. Often referred to as telemedicine or telehealth, the foundational requirement is the establishment of a provider/ patient relationship which can be done with telecommunications or information technology. As a physician, program developer, and advocate in the field of telemedicine/ telehealth for 15 years, I can attest to the power and value of telecommunications and information technology in addressing the significant access to care challenges faced by Texans and others around, above, and beneath the world today.

In conclusion, it is my opinion that the above-mentioned defendants did nothing to proximately cause harm to the plaintiffs.

If you should require any clarification, additional review, or further discussion of this matter, please do not hesitate to contact me.

Sincerely;

Thomas J Kim, MD, MPH

**THOMAS J KIM, MD, MPH, FAPA**
**CURRICULUM VITAE**

**PERSONAL CONTACT INFORMATION**

4205 Edgemont Drive • Austin, TX 78731
512.630.2467 o • 504.905.8180 m

**EDUCATION AND TRAINING**

| | | |
|---|---|---|
| 2004 | General Internal Medicine, Health Services Research • Fellowship Tulane University | |
| 2003 | Internal Medicine and Psychiatry • Residency | Tulane University |
| 1998 | Doctor of Medicine | Tulane University |
| 1998 | International Health • Master of Public Health | Tulane University |
| 1993 | Philosophy • Bachelor of Arts | Georgetown University |

**CERTIFICATION**

ABPN        Fellow, American Board of Psychiatry and Neurology

## PROFESSIONAL ACTIVITIES

**ACADEMIC APPOINTMENTS**

2011-Present        Adjunct Faculty • College of Natural Sciences, School of Biological Sciences
University of Texas at Austin • Austin, TX

2004-Present        Clinical Instructor • Department of Psychiatry and Behavioral Sciences
Tulane University School of Medicine • New Orleans, LA

2005-2009        Instructor of Medicine • Department of Medicine
Johns Hopkins Medicine (JHM) • Baltimore, MD

**PROFESSIONAL EXPERIENCE**

2019-Present        Telehealth Clinician / Consultant
PRISM Health • Dallas, TX

2017-Present        Physician Evangelist
Medici • Austin, TX

2006-Present        Program Developer, Clinician, Investigator
Florida Parishes Juvenile Detention Center • Covington, LA

2004-Present        Principal • Telehealth Consulting and Clinical Services
AGMP Telehealth • Austin, TX

2018-2019        Telehealth Content Expert

Revised: November 2019

                        Otsuka • Princeton, NJ

| | |
|---|---|
| 2016-2019 | Chief Medical Officer<br>Med2You • Austin, TX |
| 2015-2018 | CMO, CMIO |
| 2014-2015 | Medical Director |
| 2013-2014 | Telehealth Clinician<br>New Dawn Services • Killeen, TX |
| 2014-2016 | Research Monitor • SAGA |
| 2013-2014 | Subject Matter Expert • SAGA – Sequential Art via Game Assist<br>Smart Information Flow Technologies • Minneapolis, MN |
| 2014-2014 | CMO, CMIO |
| 2013-2014 | National Medical Director<br>Brighter Day Health • Houston, TX |
| 2013-2014 | Director, Medical Technology and Innovation<br>Walters Physician Incubator • Austin, TX |
| 2012 | Information Management Strategy Consultant • LiveStrong @ the YMCA<br>YMCA of the USA • Chicago, IL |
| 2011-2012 | Chief Medical Innovation Officer<br>Allied Institute of Medicine • San Antonio, TX |
| 2010-2011 | Medical Innovation Consultant<br>Semper Vivo • Georgetown, TX |
| 2009-2010 | Physician Advisor<br>athenahealth, Inc • Watertown, MA |
| 2005-2011 | Telehealth Project Manager, Investigator • National Center for Primary Care<br>Regional Coordinating Center for Hurricane Response at MSM • Atlanta, GA |
| 2004-2005 | Consultant, Investigator • Department of Geriatric Psychiatry<br>Emory University Woodruff Health Sciences Center • Atlanta, GA |
| 2007-2009 | Innovation Strategist<br>JHM • Center for Innovation in Quality Patient Care • Baltimore, MD |
| 2007-2009 | Clinical Program Advisor<br>JHM • Office of Telehealth • Baltimore, MD |
| 2005-2007 | Clinical Investigator • Chairman's Scholar Program • Department of Medicine<br>Johns Hopkins Bayview Medical Center • Baltimore, MD |
| 2005-2007 | Hospitalist • Collaborative Inpatient Medical Service • Department of Medicine |

Johns Hopkins Bayview Medical Center • Baltimore, MD

2003-2010    Clinician, Investigator • Juvenile Justice Program
             Louisiana State Health Sciences Center • New Orleans, LA

2003-2005    Clinical Instructor • Departments of Internal Medicine and Psychiatry
             Tulane University Health Sciences Center • New Orleans, LA

2003-2004    Attending Physician • Department of Internal Medicine
             Medical Center of Louisiana at New Orleans • New Orleans, LA

2003-2004    Attending Physician • Departments of Internal Medicine and Psychiatry
             Veteran's Administration Medical Center • New Orleans, LA

2003-2004    Fellow • Department of Internal Medicine • Division of General Internal Medicine
             Tulane University Health Sciences Center • New Orleans, LA

2002-2003    Chief Resident • Internal Medicine and Psychiatry Residency
             Tulane University Health Sciences Center • New Orleans, LA

2000-2004    Attending Physician • Department of Psychiatry
             St. Charles Parish Hospital • Luling, LA

1999-2003    Clinical Physician In Training • Department of Emergency Psychiatry
             Medical Center of Louisiana at New Orleans • New Orleans, LA

1998-2003    Resident • Internal Medicine and Psychiatry Residency
             Tulane University Health Sciences Center • New Orleans, LA

## RESEARCH ACTIVITIES

### MANUSCRIPTS / BOOK CHAPTERS

Kaftarian E, Caudill R, Kim T, Lingam H, Antoniotti N, Rabinowitz T, Myers K, Yellowlees P, Nelson E-L, Cain S, Wright S, Hilty D. Online Prescribing of Controlled Substances for Mental Health Issues: A View of the Current Landscape. *Journal of Technology in Behavioral Science*. 2019: Apr 6.

Kim TJ. Walking the Unmarked Path: On Developing An Independent Practice. In: Maheu, Drude, Wright, eds. *Career Paths in Telemental Health*. London: Springer.2017: 291-98.

Kim, TJ (Consensus Panelist). A Treatment Improvement Protocol – Using Technology Based Therapeutic Tools in Behavioral Health Services (TIP 60 SMA 15-4924). HHS SAMHSA. 2015.

Kim, TJ (Contributor). A Lexicon of Assessment and Outcome Measures for Telemental Health. *American Telemedicine Association Special Report.* November 2013

3

Kim T, Arrieta M, Eastburn S, Icenoqle M, Slagle M, Nurriddin A, Brantley K, Foreman R, Buckner A. Post Disaster Gulf Coast Recovery Using Telehealth. *Telemedicine and e-Health*. 2013; 19(3): 200-10.

Kim T. Insights on Telemedicine and Virtual Reality. In: Dewan N, Luo J, Lorenzi N, eds. *Information Technology Essentials for Behavioral Health Clinicians*. London: Springer. 2011: 65-75.

Kim TJ (Contributor). Evidence-Based Practice for Telemental Health. *Telemedicine and e-Health*. 2011; 17(2): 131-48.

Kaliebe KE, Heneghan J, Kim TJ. Telepsychiatry in Juvenile Justice Settings. *Child and Adolescent Psychiatrics Clinics – Telepsychiatry and Telemental Health*. 2011; 20(1): 113-123.

Kim T. The Role of Behavioral Telehealth in Mental Health. In: Anthony K, Nagel D, Goss S, eds. *The Use of Technology in Mental Health: Applications, Ethics, and Practice*. Springfield, IL: Charles C Thomas. 2010: 151-169.

Kim T (Contributor). Practice Guidelines for Videoconferencing-Based Telemental Health. *American Telemedicine Association Standards and Guidelines*. October 2009.

Kim T (Contributor). Evidence-Based Practice for Telemental Health. *American Telemedicine Association Standards and Guidelines*. July 2009

Ziegelstein R, Meuchel J, Kim TJ, Latif M, Alvarez W, Dasgupta N, Thombs B. Selective Serotonin Reuptake Inhibitor Use by Patients with Acute Coronary Syndromes. *American Journal of Medicine*. 2007; 120(6): 525-30.

Kirkaldy R, Kim T, Carney-Doebbling C. A Somatoform Variant of Obsessive-Compulsive Disorder: A Case Report of OCD Presenting With Persistent Vomiting. *J Clin Psychiatry Prim Care Companion*. 2004; 6(5): 195-98.

### LETTERS

Thombs BD, Bresnick MG, Magyar-Russell G, Kim TJ. Early treatment of acute stress symptoms in pediatric burn patients with imipramine and fluoxetine: Commentary on Tcheung et al. *Pediatric Critical Care Medicine*. Pediatr Crit Care Med. 2006; 7(5): 498.

Kim T, LeBourgeois H. Banned, But Not Forgotten…A Case of Ephedrine Induced Psychosis. *J Clin Psychiatry Prim Care Companion*. 2004; 6(3): 136-37.

### ABSTRACTS / POSTERS / OTHER

Arrieta M, Eastburn S, Slagle, M, Nurriddin A, Brantley K, Foreman R, Icenogle M, Buckner A, Kim T. Requirement of Strong and Sustainable Telehealth Programs. Conference Paper 138th APHA Annual Meeting and Exposition. 2010.

Kim T, Eastburn S, Slagle M, Arrieta M. Telehealth in a post Katrina Gulf Coast – An Ethnographic Study. Conference Paper 138th APHA Annual Meeting and Exposition. 2010.

Kim T, Christmas C, Wolfe L, Possner A, Ziegelstein R. Flexner 2.0 – Feasibility of a Web Based, Multimedia Educational Platform. Johns Hopkins Office of Continuing Medical Education – The Art and Science of Education Symposium. September 2008

Buckner A, Arrieta M, Kim T. Regional Coordinating Center for Hurricane Response – Linking Lessons Learned to Policy and Practice Options. Conference Paper 135th APHA Annual Meeting and Exposition. 2007.

Kim T, Wilbright W, Winchell CT. Use of Telemedicine to Support Mental Health Care in a Juvenile Correctional Setting. NCCHC National Conference on Correctional Health Care. October 2005.

Kim T, Winchell CT. Telepsychiatry Redefined: A Next Generation Care Delivery Model. Abstract and Poster Presentation. American Association for Technology in Psychiatry National Meeting. May 2005

Kim T, Fonseca V, Tynes L. Depressed Diabetics on Lexapro (DDoL Study). Depressed Type 2 Diabetics and Glycemic Control: A Randomized, Controlled Trial of Escitalopram. APA Junior Researcher Colloquium. May 2004

Kim T, Khan M. The Possible Inspires…The Useful Endures. Telepsychiatry Cost Analysis. Abstract and Poster Presentation. APA Junior Researcher Colloquium. May 2004

Kim T. Book Review: Creating the American Junkie by C. J. Acker. Addictive Disorders & Their Treatment. 2(1): 29-32. Mar 2003.

## PRESENTATIONS

Primary Care Psychiatry. Austin Regional Clinic. September 2019

Delivering Virtual Care Behavioral Health Services to Under Served Populations. Morehouse School of Medicine. August 2019

Legislative Issues. Children's Health Smart Connections Conference. March 2019

School Based Health. Children's Health Smart Connections Conference. March 2019

Telehealth: Present State and Future Directions. Texas Hospital Association 2019 Annual Conference and Expo. February 2019.

Telehealth Panel Discussion. Texas MGMA 2018 Fall Conference. September 2018.

Telehealth: Present State and Future Directions. 16th Annual Mid South Critical Access Hospital Conference. August 2018.

Five Hot Topics That Will Define the Future of Telemental Health. American Telemedicine Association Annual International Meeting and Exposition. Workshop. May 2018
     Correctional Care

Mobile Apps

Adversity and Toxic Stress: What Do They Mean to Your Patients. Moderator. Austin Psychiatric Society. March 2018

Adversity and Toxic Stress: What Does It Mean to Your Patients. Moderator. Texas Medical Association Fall Meeting General Session. September 2017.

Telehealth – Practical Approaches to Hospital Based Care Models. Texas Hospital Association Foundation Behavioral Health Conference. June 2017.

Addiction Treatment Via Telemedicine in the Era of the Ryan Haight Act. American Telemedicine Association Annual International Meeting and Exposition. April 2017.

The Telehealth Proposition. Texas Society of Clinical Oncology. Legislative Leadership Day. February 2017

Advances in Telemedicine and Remote Patient Monitoring – Panelist. HealthTech ATX. November 2016

Clinical Leaders: Beginning to Develop Your Champions - Panelist. MEDTECHTX 2016 – Medical Device and Technology Summit. October 2016

Federal and State Policy Synopsis. Pre-Conference Certificate Course: Prescribing Controlled Substances via Telemedicine. American Telemedicine Association Annual International Meeting and Exposition. May 2016

Making Telehealth Program Improvements Based on Needs Assessment, Effectiveness, and Cost. American Telemedicine Association 20th Annual International Meeting and Exposition. May 2015. (Panel Chairman, Short Course Faculty)

Imagining The Future of Medicine.  TEDxAustin presents TEDMED Live. September 2014. (Master of Ceremonies)

Best Practices for Telemental Health : Telemental Health Outcome Metrics. American Telemedicine Association 19th Annual International Meeting and Exposition. May 2014. (Panelist)

Best Practices for Telemental Health : Special Populations – Juvenile Corrections. American Telemedicine Association 19th Annual International Meeting and Exposition. May 2014.

A Behavioral Telehealth Model in Corrections. The GEO Group Health Services Administrators Conference. April 2014.

A New Consensus-Based Approach To Develop Guidelines and Outcomes For Telemental Health. American Telemedicine Association 18th Annual International Meeting and Exposition. May 2013. (Panelist)

Standing at the Intersection of Innovation and Application: Using New Technology to be a Better Clinician, Teacher, or Researcher. National Center for Primary Care/ Satcher Health Leadership Institute: Leadership and Technology Symposium. May 2012

Best Practices for Telepsychiatry. American Telemedicine Association 16th Annual International Meeting and Exposition. May 2011. (Moderator)

Telehealth in a Post Katrina Gulf Coast – An Ethnographic Study. American Public Health Association 138th Annual Meeting and Exposition. November 2010.

The Role of Telehealth in Bringing Healthcare to the Frontier – The Gulf Coast Experience. The National Summit of Healthcare Justice. September 2010.

Web Based EHR: Ready For Primetime? American Association for Technology in Psychiatry Annual Meeting. May 2010.

Health 2.0 In The Exam Room. Health 2.0 Conference – In The Doctor's Office. April 2010.

Expanding Telehealth. Louisiana Psychiatric Medical Association Annual Meeting. March 2010

Telehealth Seminar: RCC as Case Study. Southern University, College of Business. Information Systems Management, Distinguished Lecturer Series. February 2009.

Addressing Psychiatric Needs in a Community Health Center After Hurricanes Katrina and Rita. LPCA 2008 Continuing Education Conference. July 2008. (Co-Presenter)

Strategic Emergency Response and Preparedness and Tele-Mental Health. Montana Governor's Emergency Preparedness Summit. April 2008.

What Is The 'Team'? Behavioral and Mental Health Integration. Patient Centered Primary Care Collaborative Stakeholders Meeting. April 2008.

Policy Implications of a Gulf Coast Behavioral Telehealth Disaster Response Initiative. American Public Health Association 135th Annual Meeting and Exposition. November 2007.

Telepsychiatry in Juvenile Detention. National Partnership for Juvenile Services. 13th Annual Symposium on Juvenile Services. October 2007

All Healer's Mental Health Alliance: Bringing Hope and Help in Times of Disaster and All Hazards. Workshop Panelist. 59th Annual Institute on Psychiatric Services. October 2007.

Telepsychiatry in a Post Disaster Gulf Coast. Workshop Chairman, Presenter. 59th Annual Institute on Psychiatric Services. October 2007.

Telehealth Seminar: RCC as Case Study. Southern University, College of Business. Information Systems Management, Distinguished Lecturer Series. September 2007

RCC Telehealth Initiative in Response to Health Disparities. National Center for Primary Care Seventh Annual Primary Care and Prevention Conference. September 2007

Mitigating Health Disparities Through Synchronous Telehealth Solutions. UT MD Anderson Fifth Annual Summer Workshop- Disparities in Health in America: Working Toward Social Justice. June 2007

Telehealth Seminar. State of Delaware Technology Task Force Meeting. May 2007.

The Gulf Coast Telehealth Network- A Model for Public Health Disaster Recovery. First Annual Summit on Behavioral Telehealth: Technology for Behavior Change and Disease Management. May 2007.

Telepsychiatry Update. American Association for Technology in Psychiatry. Annual Meeting. May 2007.

Beyond PowerPoint: How Technology Can Improve Mental Health Training. American Psychiatric Association. Annual Meeting, Component Workshop. May 2007.

A Web-Based Communication Skills Curriculum for Internal Medicine Residents: Can Modern Technology Teach A Centuries Old Skill? Johns Hopkins GMEC Retreat on Improving Communication in Medical Care. March 2007.

Helping From a Distance: Caring for Elders in Need via Telepsychiatry. American Association for Geriatric Psychiatry. Annual Meeting. March 2007.

Disaster Telepsychiatry- The Katrina Experience. Louisiana Psychiatric Medical Association. Annual Meeting. October 2006.

Disaster Telepsychiatry. American Association for Technology in Psychiatry. Annual Meeting. May 2006.

Culturally and Linguistically Appropriate Integration of Mental Health and Primary Care Regional Workshop and National Conference on the Challenges and Opportunities of the Post Katrina Project. Moderator and Presenter. National Center for Primary Care. April 2006.

Telepsychiatry Redefined: A Next Generation Care Delivery Model. American Association for Technology in Psychiatry National Meeting. May 2005.

Depressed Diabetics on Lexapro: A Randomized, Double Blinded, Placebo Controlled Trial. APA Junior Researcher Colloquium. May 2004.

Telepsychiatry: What's Next? A Workflow Cost Analysis. APA Junior Researcher Colloquium. May 2004.

## TELE-PRESENTATIONS

Practical Approaches to Hospital Based Care Models. Texas Hospital Association Webinars. May 2019.

TeleMental Health: The Wave of the Present. Texas Psychological Association Annual Convention. November 2013

Health Information Technology Primer. Morehouse School of Medicine - Mini Medical School. February 2011.

Psychiatric Telehealth- Serving Juvenile Offenders in Detention. 29th Annual Louisiana Governor's Conference on Juvenile Justice. May 2009.

Utilizing Telehealth Services in Health Centers: Implementation Issues and Implications. National Association of Community Health Centers – Community Health Institute and Expo. September 2008.

Addressing Psychiatric Needs in a CHC after Hurricane Katrina and Rita – A Telehealth Collaborative Care Model. Louisiana Primary Care Association 25th Annual Continuing Education Conference. July 2008.

Psychiatric Telehealth and At-Risk Juveniles- A Multi-Environment Model of Care. First Annual Gulf Coast Juvenile Corrections Conference. May 2007.

## MEDIA/ WRITING

| | |
|---|---|
| 2018 December | Texas Medicine – Q&A: Thomas Kim, MD, Internist, Psychiatrist, Telehealth Advocate |
| 2018 May | D Magazine – Telemedicine Begins Expanding in North Texas |
| 2018 May 17 | mHealth Intelligence – A Telepsychiatrist Talks About the Power of mHealth Technology |
| 2017 November | A Wellthy Life – Personal Blog |
| 2017 November | Fiscal Notes – Telemedicine in Practice, Austin doctor sees benefit in virtual caregiving |
| 2017 September | MegaDoctor News – TMA Supported Bill Clarifies Murkiness Surrounding Telemedicine |
| 2017 August | Texas Medicine – Clearer and Simpler – Charting the Texas Legislature: Telemedicine |
| 2017 August | Texas Medicine – Thinking Big – Charting the Texas Legislature: Mental Health |
| 2017 July 12 | fourprice.org – New Law Shapes the Future of Telemedicine in Texas |
| 2017 June 15 | Houston Chronicle – Telemedicine Industry Expects Boost From the New Texas Law |
| 2017 June 07 | CNHI – Telemedicine: The Doctor Can See You Now |

| 2017 May 31 | Dallas Morning News – Cheaper, faster health care? Teladoc, telemedicine finally have open path in Texas |
| 2017 May 18 | Texas Standard – Telemedicine Bill One Step Closer to Governor's Desk |
| 2017 April 24 | Business Wire – Medici Launches in US to Change the Way Doctors and Patients Communicate |
| 2017 April 20 | Medici Newsroom – Texas Telemedicine Bill Clears a Path Forward |
| 2016 Oct 28 | Houston Chronicle – Regulators Crack Down on Telemedicine, Denying Patient Options |
| 2016 Oct 17 | POLITICO - After Teladoc Fight, Texas Medical Board Director Joins Telemedicine Effort |
| 2016 July | Texas Medicine – The Future Calls |
| 2016 May 19 | Texas Tribune Event. Houston, TX - Do We Have Enough Doctors? |
| 2016 April 27 | KXAN - Mental Health Worker Shortage Impacting Texans |
| 2016 | Med2You Blog - Contributor |
| 2016 April 13 | Dallas Morning News – Why more Texans will visit their doctors online |
| 2014 July | Texas Medicine - Cover Story – Digital Doctor |
| 2014 Jun 7 | "Tops Docs and the CEO" Radio Medical Talk Show KIVA 1600 AM 95.6 FM "Rock of Talk" Post Traumatic Stress Disorder |
| 2013-2014 | Walters Physician Incubator - Blog Master |
| 2010 | EHR Podcast Series. Physicians Practice, Infocenter, EHR Stimulus. |

## EDUCATIONAL ACTIVITIES

### TEACHING

| 2011-2015 | University of Texas at Austin • Adjunct Faculty |
| |     Faculty |
| |         Heath IT Certificate Program |
| |         Public Health Leader Certificate in Informatics Program |
| |     Mentor |
| |         Health IT Certificate Program |
| 2006-2009 | JHM Evidence Based Medicine Lecture Series • Lecturer |
| 2006-2007 | JHM Consult Medicine Lecture Series • Lecturer |

| | |
|---|---|
| 2006-2007 | JHSoM Patient, Physician, & Society • Faculty Moderator |
| 2006-2007 | ACP Medical Student Mentors Program • Mentor |
| 2005-2007 | JHBMC General Medicine Consult Service • Attending |
| 2003-2004 | Tulane GIM Scientific Writing Workshop • Facilitator |
| 2003-2004 | Tulane IM Residency Ambulatory Conference • Director |
| 2001-2003 | Tulane Heme Onc Fellowship Didactic Series • Lecturer |
| 2001-2002 | SE Louisiana Hospital • Medical Staff CME • Lecturer |
| 1999-2004 | Tulane Medicine Residency Didactic Series • Lecturer |
| 1999-2004 | Tulane School of Medicine Psychiatry Clerkship • Lecturer |
| 1998-2004 | Tulane School of Medicine • Medical Interviewing Preceptor |
| 1998-2004 | Tulane School of Medicine • Clinical Diagnosis Preceptor |
| 1998-2000 | Tulane Department of Psychiatry • Grand Rounds Speaker |
| 1997-1998 | Tulane School of Pub Health • INHL Curriculum Developer |
| 1996-2002 | Tulane Program for Professional Values and Ethics in Medicine Founding Student Member, Resident Representative |
| 1995-1998 | Tulane Community Medicine • BLS Instructor, ATLS Coordinator |

**EDITORIAL**

| | |
|---|---|
| 2015-Present | Texas Medicine • Reviewer |
| 2012-Present | Health Services Research Journal • Reviewer |
| 2011 | Louisiana Board of Regents, Office of Sponsored Programs • Reviewer |
| 2004 | Journal of Psychiatric Research • Reviewer |
| 2004 | Psychosomatic Medicine • Reviewer |
| 2004 | Journal of General Internal Medicine • Reviewer |
| 2003 | MedGenMed (www.medscape.com) • Reviewer |
| 2003 | The Primary Care Companion to The Journal of Clinical Psychiatry • Reviewer |

**MENTORING**

| | |
|---|---|
| 2015 | George Osuchukwu, MD – TMA Leadership College Mentee |
| 2015 | Tori Miller – Texas Tech, MS Clinical Practice Management Candidate |
| 2015 | Madelyne Snyder – University of Colorado, MPH Candidate |
| 2011 | Multiple – University of Texas, Health IT Certificate Program |
| 2009-2011 | Azizeh Nuriddin, Emory University, MPH Candidate |

## ORGANIZATIONAL ACTIVITIES

**INSTITUTIONAL**

| | |
|---|---|
| 2010-2014 | University of Texas Advisory Council • HIT Task Force, Co-Chair |
| 2008 | JH CIQPC • Quality Innovators Working Group |
| 2006 | JH Faculty Development Program • Teaching Skills Part I |
| 2005-2007 | JHBMC Teamwork Lunch Committee • Member |
| 2004-2010 | LA Dept of Juvenile Corrections • Pharmacy and Therapeutics Committee |
| 2015-Present | Texas Medical Board - Telemedicine Stakeholders Group |
| 2016 | Univ of Texas at Austin, Texas Institute for Excellence in Mental Health Alliance for Adolescent Recovery and Treatment in TX Strategic Planning Group |

**GOVERNMENTAL**

| | |
|---|---|
| 2017 | US HHS – CMS Quality Payment Program – Usability Reviewer |
| 2016 | TX HHSC – EPCS Stakeholder Workgroup |
| 2014-2016 | TX Dept. of Insurance – Independent Review Organizations Advisory Group |
| 2013-Present | Texas Medical Association |

       2013-2014 Vice Chair Senate District 14, Board of Directors
       03/26/13 Testimony HB 2017 – Telephonic Consultation Parity
       04/07/15 Testimony HB 2172 (Telehealth), HB 2348 (Telephony)
       02/10/16 Testimony Committee on Public Health
        Telemedicine in Texas
       04/27/16 Testimony House Select Committee on Mental Health
        State of Mental Health in Texas
       06/16/16 Testimony Senate Committee on HHS
        Improving Access to Care Through Telehealth
       02/28/17 Testimony HB 10 – Mental Health Parity
       03/28/17 Testimony HB 2697 – Telemedicine
       06/29/18 Testimony Committee on Public Health
        Critical Access Hospitals and Telemedicine
       10/03/18 Testimony on Committee on Prescribing and Dispensing
        Controlled Substances
       02/12/19 Testimony House Appropriations Subcommittee on Article II

| | |
|---|---|
| 2007-2009 | US Congressional Oversight and Government Reform Committee |
| | Health Information Technology Empowerment Task Force Member |
| 2004-2007 | LA DHH Office of Mental Health Project Legacy |
| | Telemedicine Implementation Work Group Member |

**PROFESSIONAL SOCIETIES/ ORGANIZATIONS**

All Healers Mental Health Alliance • Past Member
American Association for Technology in Psychiatry • Member
American College of Physicians • Member
   2006-2007    Professional Development Program • Mentor
American Psychiatric Association • Member
   2008-2010    APA Liaison to ATA
   2008-2009    Corresponding Committee on Information Technology • Member
   2008      APA/ NAMI Course "Increasing Access to Quality Depression Care for
         Diverse and Underserved Populations" • Planning Committee Member
American Public Health Association • Past Member
   2008-2010    Health Informatics Information Technology Committee
American Telemedicine Association • Member
   2015      ATA Peer Review Committee
   2011-Present  ATA Standards and Guidelines Work Group
   2011-Present  MH SIG Policy Work Group
   2008-Present  ATA Mental Health SIG • Member
   2008-Present  Mental Health Standards and Guidelines Committee
   2008-2010    ATA Liaison to APA
Association of Medicine and Psychiatry • Past Member

The Center for Business Innovation • Summit on Behavioral Telehealth
       2007-2008     Program Advisory Committee
Louisiana Psychiatric Medical Association • Past Member
Louisiana State Medical Society • Past Member
Patient Centered Primary Care Collaborative • Past Member
Society of General Internal Medicine • Past Member
       2005          Annual Meeting • Scientific Abstract Review Committee
       2004          Southern Meeting • Medical Education Abstract Session Moderator
Texas Medical Association • Member
       2019-Present  Committee on Health Information Technology
       2019-Present  Subcommittee on Behavioral Health
       2018-Present  Working Group in Firearms
       2018-Present  Reference Committee on Maternal Health
       2016-2019     Ad Hoc Committee on HIT Member
       2016-PresentsTMA HoD Speaker Advisory Committee Member
       2015-Present  Council on Legislation
                      2018-19 Workgroups – Opioids, HIT, Medical Records, Maternal Health
                      2016     Liaison to Committee on HIT
                      2015     Telemedicine Policy Work Group
       2015-Present  TMA Technology Strategy Consultant
       2015-Present  TMA Leadership College Mentor
       2014-Present  Council on Science and Public Health
                      2014-19 Behavioral Health Task Force
                      2016     Criminal Justice Workgroup
       2014-Present  TCMS / TMA Speaker's Bureau
       2013-2015     Council on Health Service Organizations
       2012-2013     TMA Leadership College Scholar
Texas Society of Psychiatric Physicians • Member
Travis County Medical Society • Member
       2017-Present  TMA House of Delegates – TCMS Delegate
       2014-Present  TCMS / TMA Speaker's Bureau
       2012-2017     TMA House of Delegates – TCMS Alternate Delegate
       2012-Present  Medical Legislation Committee
Tulane Musser Burch Alumni Society • Member


**VOLUNTEER**

Lamar Middle School – Austin, TX
       2019-Present  Performance Coach
Highland Park Elementary Archery Team – Austin, TX
       2018-Present  Performance Coach
The Episcopal Church of the Good Shepherd – Austin, TX
       2014-Present  Lay Chaplain for Children's Chapel
       2014          Lay Mentor Committee for Graduate Seminary Student
       2014          Children's Choir Advisory Group
Boy Scouts of America – Austin, TX
       2015-2019     Pack 59 Assistant Den Leader
       2017-2019     Pack 59 Cub Master

i9 Sports Youth Sports League – Austin, TX
        2013-2017      Volunteer Coach

## RECOGNITION

| | |
|---|---|
| 2019 | Scouts BSA Capital Area Council Armadillo District |
| | Norm Hummell Award of Excellence |
| 2019 | NASP Elementary Division State Champion Archery Team |
| 2013 | TMA Leadership College • Valedictorian |
| 2010 | ATA Mental Health SIG • Recognition Award |
| 2007 | AHMHA • Gulf Coast 'Hero of Healing' |
| 2007 | SU International Center for IT and Development • Honorary Member |
| 2007 | AATP Annual Meeting • Stangler Innovator of the Year |
| 2004 | APA Research Colloquium for Junior Investigators • Scholar |
| 2000-2001 | Owl Club Teaching Award • Honorable Mention Psychiatry Resident |
| 1999-2002 | TMS FIM • Outstanding Medical Interviewing Preceptor |
| 1998-1999 | Owl Club Teaching Award • Outstanding Psychiatry Intern |
| 1998 | John W. Bick Award • Outstanding Achievement and Promise in Psychiatry |
| 1994-1998 | TUSPH&TM • Combined MD / MPH Scholarship Award |