IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BARBARA MEIER,** *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §   Case No. 4:18-cv-00615-ALM |
| | § |
| **UHS OF DELAWARE, INC.,** *et al.*, | § |
| | § |
| Defendants. | § |

## AGREED JOINT MOTION TO MODIFY SCHEDULING ORDER

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, all of the Plaintiffs and all of the Defendants, by and through their Attorneys of Record, and files this Agreed Joint Motion to Modify Scheduling Order and would show as follows:

### 1.00   CERTIFICATE OF CONFERENCE

1.01   Counsel for all of the Parties have conferred regarding the merits of this Motion and this Motion is unopposed. A proposed "Agreed Order Granting Agreed Joint Motion to Modify Scheduling Order" has been submitted to the Court contemporaneously with the filing of this Motion.

### 2.00   PROCEDURAL BACKGROUND

2.01   As of now the Pre-trial Conference in this case is set for February 28, 2020 at 9:00 a.m. In preparation for that Conference under the Order entered herein setting forth the pre-trial schedule for the parties. The Parties have exchanged Motions in Limine, Witness Lists, Exhibit

Lists, and Deposition Designations / Extracts. The Parties have also exchanged their respective Responses and Objections thereto. However, despite the efforts of counsel the parties have not conferred with one another on these matters as thoroughly as they believe they should to aid the Court in advance of the February 28th hearing at 9:00 a.m.

      2.02    The Parties are still actively engaging in oral depositions this week, and many of the attorneys are traveling today to Florida to three additional oral depositions in this case tomorrow and the next day. Two more depositions were taken in the last two days. The Parties respectfully request the entry of an Order granting the Parties until Tuesday, February 25, 2020 in which to more fully confer with one another regarding the various pre-trial filings and until February 26, 2020 to notify the Court in writing of the matters which are unopposed or opposed for the Court's consideration.

      WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request the entry of an Order granting them until Tuesday, February 25, 2020 to confer on all of the various pre-trial filings, the Responses or Objections thereto, and until Wednesday, February 26, 2020 to advise the Court in writing of the matters which are opposed and unopposed, and for any and all other relief, at law and in equity, for which the Parties may show themselves justly entitled.

**Respectfully submitted,**

/s/ *John T. Burkhead*
John Tindall Burkhead
State Bar No. 24072010
jburkhead@flbranson.com
Thomas J. Farmer
State Bar No. 06826400
Email: tjfarmer@flbranson.com

THE LAW OFFICES OF FRANK L. BRANSON, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
Tel: (214) 522-0200
Fax: (214) 521-5485

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served upon all attorneys of record listed below on this 19th day of February, 2020 via electronic filing / service.

| | |
|---|---|
| Martin J. Cirkiel<br>State Bar No. 00783829<br>marty@cirkielaw.com<br>CIRKIEL & ASSOCIATES, P.C.<br>1901 E. Palm Valley Boulevard<br>Round Rock, Texas 78664<br>Tel: (512) 244-6658<br>Fax: (512) 244-6014<br>**CO-COUNSEL ATTORNEYS FOR PLAINTIFFS** | Russell W. Schell<br>Texas Bar No.17736800<br>rschell@schellcooley.com<br>Timothy D. Ryan<br>Texas Bar No. 17483600<br>tryan@schellcoo1ey.com<br>SCHELL COOLEY RYAN CAMPBELL LLP<br>5057 Keller Springs Road, Suite 425<br>Addison, Texas 75001<br>Tel: (214) 665-2000<br>Fax: (214) 754-0060<br>**ATTORNEYS FOR HOSPITAL DEFENDANTS** |
| Stacy L. Brainin<br>State Bar No. 02863075<br>stacy.brainin@haynesboone.com<br>Anne M. Johnson<br>State Bar No. 00794271<br>anne.johnson@haynesboone.com<br>George W. Morrison<br>State Bar No. 24007710<br>bill.morrison@haynesboone.com<br>Neil Issar<br>State Bar No. 24102704<br>neil.issar@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Tel: (214) 651-5000<br>Fax: (214) 651-5940<br>**ATTORNEYS FOR UHS DEFENDANTS** | David C. McCue<br>Texas State Bar No. 13494100<br>dmccue@mcpaulaw.com<br>Bruce A. Pauley<br>Texas State Bar No. 15643200<br>bpauley@mcpaulaw.com<br>Mary T. Sullivan<br>Texas State Bar No. 24026656<br>msullivan@mcpaulaw.com<br>MCCUE-PAULEY & ASSOCIATES, P.C.<br>15150 Preston Road, Suite 200<br>Dallas, Texas 75248<br>Tel: (972) 490-0808<br>Fax: (972) 490-9545<br>**ATTORNEYS FOR DEFENDANT SABAHAT FAHEEM** |

| | |
|---|---|
| R. Brent Cooper<br>State Bar No. 04783250<br>Brent.Cooper@cooperscully.com<br>Eric W. Hines<br>State Bar No. 24010107<br>Eric.Hines@cooperscully.com<br>Chad M. Nelson<br>State Bar No. 24102930<br>Chad.Nelson@cooperscully.com<br>COOPER & SCULLY, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Tel: (214) 712-9500<br>Fax: (214) 712-9540<br>**ATTORNEYS FOR CHANG DEFENDANTS** | Edward P. Quillin<br>State Bar No. 16431790<br>equillin@equillinlaw.com<br>T.B. 'Nick' Nicholas, Jr.<br>State Bar No. 14991700<br>nnicholas@equillinlaw.com<br>QUILLIN LAW FIRM, P.C.<br>4101 McEwen Road, Suite 540<br>Dallas, Texas 75244<br>Tel: (972) 386-6664<br>Fax: (972) 386-6680<br>**ATTORNEYS FOR DEFENDANT JAMAL RAFIQUE, M.D.** |
| Russell G. Thornton<br>State Bar No. 19982850<br>rthornton@trtblaw.com<br>THIEBAUD REMINGTON THORNTON BAILEY, LLP<br>Two Energy Square<br>4849 Greenville Ave., Suite 1150<br>Dallas, Texas 75206<br>Tel: (214) 954-2200<br>Fax: (214) 754-0999<br>**ATTORNEYS FOR DEFENDANT SEJAL MEHTA** | Bertina B. York<br>State Bar No. 0335455<br>bertina.york@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>Frost Tower<br>111 W. Houston Street, Suite 1800<br>San Antonio, Texas 78205<br>Tel: (210) 224-5575<br>Fax: (210) 270-7205<br><br>Robert J. Swift<br>State Bar No. 19585700<br>robert.swift@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston 77010-3095<br>Tel: (713) 651-5151<br>Fax: (713) 651-5246<br>**ATTORNEYS FOR GARY MALONE** |

| | |
|---|---|
| Dana Morgan<br>State Bar No. 24007705<br>danamorgan@steedlawfirm.com<br>Jordan L. Fontenot<br>State Bar No. 24098956<br>jordanfontenot@steedlawfirm.com<br>STEED LAW FIRM<br>250 East Evergreen Street<br>Sherman, Texas 75090<br>Tel: (903) 813-3900<br>Fax: (903) 813-3909<br>**ATTORNEYS FOR DEFENDANTS HARMANPREET BUTTAR, QUINGGUO TAO and TIMOTHY TOM** | D. Bowen Berry<br>State Bar No. 02233280<br>bberry@settlepou.com<br>Gary D. Lykins<br>State Bar No. 12715600<br>dlykins@settlepou.com<br>SETTLEPOU<br>3333 Lee Parkway, Eighth Floor<br>Dallas, Texas 75219<br>Tel: (214) 520-3300<br>Fax: (214) 526-4145<br>**ATTORNEYS FOR DEFENDANT GARY MALONE** |

                    */s/ John T. Burkhead*
                    JOHN T. BURKHEAD