✎ AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLAINTIFFS' 2nd WITNESS LIST | | VS. | | | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Will call: |
| | | | | | Verne Meier (huband/ex), Holly Meier Graves, Cindy Meier Roeschen, Sherry Meier (daughters) |
| | | | | | Bill Crowell (Pltf), Dasha Crowell (wife of Bill Crowell); Diane Creel (Pltf), Lynn Creel  (Pltf), |
| | | | | | Jalisa Green (Pltf), Mike Swann (fiancee) |
| | | | | | Yolanda McPherson (Pltf), |
| | | | | | Troy Harvey (Pltf), Becky Harvey (wife) |
| | | | | | Madison Hough (Pltf), Govinda Hough (Pltf), Jason Hough (Pltf), |
| | | | | | Sandra Stokes (Pltf), Doug Stokes (Dad), Judith Stokes (Mom) |
| | | | | | Tiffany Young (Pltf), Clint Young (Husband) |
| | | | | | May Call: |
| | | | | | Benjamin McPherson (husband McPherson), Sheila Mosley 469-826-8494 (sister McPherson); |
| | | | | | Sheila Stuman 214-629-7007 (friend of Yolanda McPherson) |
| | | | | | Mary and Gary Gray 512-629-7242 (Friends of Houghs who knew them before and after) . |
| | | | | | Kim Schofield 512-504-3389 (Hough tax accountant); |
| | | | | | Janelle Davis 940-898-2714 (Madison Hough TWU Kinesiology) |
| | | | | | Dak Rothberg (Diane Creel's son 832-971-9227), |
| | | | | | Michelle Lasser (called Diane Creel frequently after BHB Incident) 617-823-5433 |
| | | | | | Darin Bass (coworker Creel 832-801-2316) |
| | | | | | Matthew Hough (bro/son) |
| | | | | |  Dr. Islam and Dr. Chaudry (husband, medical director Mayhill and wife, PCP Meier) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

✎ AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| PLAINTIFFS' 2nd WITNESS LIST  vs. | | | | | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Will call: |
| | | | | | Mark Blotcky |
| | | | | | Rebecca Busch |
| | | | | | Mike VanAmburgh |
| | | | | | Amy Offutt |
| | | | | | May Call: |
| | | | | | State Rep. Bill Zedler |
| | | | | | State Rep. Stephanie Klick |
| | | | | | Sabahat Faheem |
| | | | | | Gary Malone |
| | | | | | Sejal Mehta |
| | | | | | Jamal Rafique |
| | | | | | Bianca Mickan |
| | | | | | Terri Haskett |
| | | | | | Roni Gonzales |
| | | | | | Wendell Quinn |
| | | | | | Jan Arnette |
| | | | | | Timothy Tom, Quingguo Tao, Harmanpreet Buttar, Yu-po Chang, Angela Yao |
| | | | | | Michael Brophy |
| | | | | | Alan Miller, Steve Filton, Mia Meloni |
| | | | | | Dwight Lacy |
| | | | | | Coleby Wright |
| | | | | | Kayshon McKennery |
| | | | | | CEO or Former CEO of Mayhill |
| | | | | | Kenneth Chad Ellis |
| | | | | | Jessica Ferguson, Leah Strittmatter, Stacy Baynham |
| | | | | | Michelle Carson, Ethan Permenter |

✎AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| PLAINTIFFS' 2nd WITNESS LIST   vs. | | | | | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | May Call by Deposition: |
| | | | | | Rebecca Busch |
| | | | | | Sabahat Faheem |
| | | | | | Gary Malone |
| | | | | | Sejal Mehta |
| | | | | | Jamal Rafique |
| | | | | | Bianca Mickan |
| | | | | | Terri Haskett |
| | | | | | Roni Gonzales |
| | | | | | Wendell Quinn |
| | | | | | Jan Arnette |
| | | | | | Timothy Tom |
| | | | | | Quingguo Tao |
| | | | | | Harmanpreet Buttar |
| | | | | | Dwight Lacy |
| | | | | | Coleby Wright |
| | | | | | Kayshon McKennery |
| | | | | | Kenneth Chad Ellis |
| | | | | | Michelle Carson (if deposed) |
| | | | | | Ethan Permenter (if deposed) |
| | | | | | Angela Yao |
| | | | | | Named Plaintiffs if unavailable |
| | | | | | Darin Bass (if deposed) |
| | | | | | Sheila Stuman, Mary Gray, Gary Gray, Kim Schofield (if deposed) |
| | | | | | Janelle Davis,  Michelle Lasser, Darin Bass  (if deposed) |
| | | | | | CEO/Former CEO of Mayhill (if deposed) |
| | | | | | Alan Miller, Steve Filton, and Mia Meloni |