*IN THE UNITED STATES DISTRICT COURT*

FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARBARA MEIER; *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00615-ALM |
| | § | Judge Mazzant |
| UHS OF DELAWARE, INC., *et al.* | § | |
| | § | |
| *Defendants.* | § | |

## CHANG DEFENDANTS, YAO, BUTTAR, TAO, AND TOM'S JOINT OBJECTIONS TO PLAINTIFFS' REVISED TRIAL WITNESS LIST

**COME NOW,** Defendants Dr. Yupo Jesse Chang, Universal Physicians, PA, Dr. Says, LLC, MD Reliance, Inc., Office Winsome, LLC ("Chang Defendants"); Yung Husan Yao ("Yao"); and Harmanpreet Buttar, M.D., Qingguo Tao, M.D., and Timothy Tom, M.D. ("Dr. Buttar," "Dr. Tao," and "Dr. Tom") (collectively, Dr. Buttar, Dr. Tao, Dr. Tom, Yao and the Chang Defendants are hereinafter referred to as "Defendants") by and through their respective undersigned counsel, and submit the following Objections to Plaintiffs' Revised Trial Witness List.

Defendants reserve the right to supplement, modify or withdraw any of the objections made.

Respectfully submitted,

By: _/s/ Eric Hines_____

**R. BRENT COOPER**
State Bar No. 04783250
Brent.Cooper@cooperscully.com
**ERIC W. HINES**
State Bar No. 24010107

Eric.Hines@cooperscully.com
**CHAD M. NELSON**
State Bar No. 24102930
Chad.Nelson@cooperscully.com

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas  75202
Telephone: 214-712-9500
Facsimile: 214-712-9540

**Attorneys for Defendants Dr. Yupo Jesse
Chang, Universal Physicians, PA, Dr. Says,
LLC, MD Reliance, Inc., Office Winsome,
LLC and Yung Husan Yao**

By:   _/s/  Dana Morgan_____
          **DANA MORGAN**
          State Bar No. 24007705
          danamorgan@steedlawfirm.com
          **JORDAN L. FONTENOT**
          State Bar No. 24098956
          jordanfontenot@steedlawfirm.com

          **STEED DUNNILL REYNOLDS
          BAILEY STEPHENSON LLP**
          250 East Evergreen Street
          Sherman, Texas 75090
          Tel: (903) 813-3900
          Fax: (903) 813-3909

          **Attorneys for Defendants Harmanpreet
          Buttar, M.D., Qingguo Tao, M.D., and
          Timothy Tom, M.D.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on counsel

of record ***via the CM/ECF System*** on this the 27th day of February, 2020.

          _/s/  Dana Morgan_____
          Dana Morgan

## <u>GENERAL/GLOBAL OBJECTIONS TO PLAINTIFFS' REVISED WITNESS LIST</u>

Defendants object to the testimony of any Plaintiff or witness affiliated with a Plaintiff against any Defendant if said Plaintiff does not have a cause of action against that Defendant. *See* F.R.E. 401, 403.  This is especially true with respect to those Plaintiffs who do not assert claims against certain Defendants and, appropriately, did not identify those Defendants as parties they are "suing" in the Joint Final Pre-Trial Order.[1]

For example, Plaintiffs Madison Hough, Govinda Hough, and Jason Hough do not assert claims against any of these Defendants and, appropriately, did not include them as parties they are suing in the Joint Final Pretrial Order (Dkt. # 508).  Therefore, Defendants object to the testimony of Plaintiffs Madison Hough, of Govinda Hough, of Jason Hough and/or of witnesses associated with these Plaintiffs or any other Plaintiffs who do not have claims against one, some, or all of these Defendants as same would be irrelevant, wholly prejudicial, probative of nothing as to these Defendants and would mislead the jury. F.R.E. 401, 403.  Accordingly, Defendants make the below specific objections as follows:

## <u>SPECIFIC OBJECTIONS TO PLAINTIFFS' REVISED TRIAL WITNESSES</u>

## <u>WILL CALL</u>

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| Verne Meier | Husband/ex | None at this time. |
| Holley Meier Graves | Verne Meier's Daughter | None at this time. |

---

[1] Joint Final Pre-Trial Order, Dkt. # 508, at 5; *see, e.g., id.* at 8 ("The Houghs are suing Mayhill (facility); Dr. Faheem (Mayhill facility psychiatrist); UHS (owner and operator of facility); and Chad Ellis" and failing to list these Defendants).

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| Cindy Meier Roeschen | Verne Meier's Daughter | None at this time. |
| Sherry Meier | Verne Meier's Daughter | None at this time. |
| Bill Crowell | Plaintiff | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Dasha Crowell | Bill Crowell's wife | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Diane Creel | Plaintiff | None at this time. |
| Lynn Creel | Plaintiff | None at this time. |
| Jalisa Green | Plaintiff | None at this time. |
| Mike Swann | Jalisa Green's fiancée | None at this time. |
| Yolanda McPherson | Plaintiff | None at this time. |
| Troy Harvey | Plaintiff | None at this time. |
| Becky Harvey | Troy Harvey's wife | None at this time. |
| Madison Hough | Plaintiff | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Govinda Hough | Plaintiff | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Jason Hough | Plaintiff | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Sandra Stokes | Plaintiff | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Doug Stokes | Sandra Stokes' dad | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| Judith Stokes | Sandra Stokes' mom | Relevance. F.R.E. 401.<br>More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Tiffany Young | Plaintiff | None at this time. |
| Clint Young | Tiffany Young's husband | None at this time. |
| Mark Blotcky | | Subject to Court's Mem. Op & Order (Dkt. No. 581), no further objection at this time. |
| Rebecca Busch | | Subject to Court's Mem. Op & Order (Dkt. No. 581), no further objection at this time. |
| Mike VanAmburgh | | None at this time. |
| Amy Offutt | | Subject to Court's Mem. Op & Order (Dkt. No. 581), no further objection at this time. |

## MAY CALL

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| Benjamin McPherson | Yolanda McPherson's husband | None at this time. |
| Sheila Mosley | Yolanda McPherson's sister | None at this time. |
| Sheila Stuman | Yolanda McPherson's friend | Not timely disclosed. F.R.C.P. 26(a), 26(e).<br>Relevance. F.R.E. 401.<br>Undue waste of time or presentation of cumulative evidence. F.R.E. 403. |
| Mary Gray | Houghs' friend who knew them before and after | Not timely disclosed. F.R.C.P. 26(a), 26(e).<br>Relevance. F.R.E. 401.<br>More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| Gary Gray | Houghs' friend who knew them before and after | Not timely disclosed. F.R.C.P. 26(a), 26(e). Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Kim Schofield | Hough tax accountant | Not timely disclosed. F.R.C.P. 26(a), 26(e). Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Janelle Davis | Madison Hough TWU Kinesiology | Not timely disclosed. F.R.C.P. 26(a), 26(e). Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Dak Rothberg | Diane Creel's son | None at this time. |
| Michelle Lasser | called Diane frequently after BHB incident | Not timely disclosed. F.R.C.P. 26(a), 26(e). Relevance. F.R.E. 401. Undue waste of time or presentation of cumulative evidence. F.R.E. 403. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Darin Bass | coworker Creel | Not timely disclosed. F.R.C.P. 26(a), 26(e). Relevance. F.R.E. 401. Undue waste of time or presentation of cumulative evidence. F.R.E. 403. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Matthew Hough | Jason & Govinda Hough's son/ Madison's brother | Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Dr. Islam | Medical Director at Mayhill | None at this time. |
| Dr. Chaudry | Dr. Islam's wife, PCP Meier | None at this time. |
| State Rep: Bill Zedler | | Subject to Court's Mem. Op & Order (Dkt. No. 581), no further objection at this time. |

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| State Rep: Stephanie Kick | | Subject to Court's Mem. Op & Order (Dkt. No. 581), no further objection at this time. |
| Sabahat Faheem | | None at this time. |
| Gary Malone | | None at this time. |
| Sejal Mehta | | None at this time. |
| Jamal Rafique | | None at this time. |
| Bianca Mickan | | None at this time. |
| Terri Haskett | | None at this time. |
| Roni Gonzales | | Not timely disclosed. F.R.C.P. 26(a), 26(e). Relevance. F.R.E. 401. More prejudicial than probative, danger of confusing the issues and misleading the jury. F.R.E. 403. |
| Wendell Quinn | | None at this time. |
| Jan Arnette | | None at this time. |
| Timothy Tom | | None at this time. |
| Quingguo Tao | | None at this time. |
| Harmanpreet Buttar | | None at this time. |
| Yu-po Chang | | None at this time. |
| Michael Brophy | | Subject to Court's Mem. Op & Order (Dkt. No. 581), no further objection at this time. |
| Alan Miller | | None at this time. |
| Steve Filton | | None at this time. |
| Mia Meloni | | None at this time. |
| Dwight Lacy | | None at this time. |
| Coleby Wright | | None at this time. |

| Witness Name | Plaintiffs' Description of Witness | Objection |
|---|---|---|
| Kayshon McKennery | | None at this time. |
| CEO or Former CEO of Mayhill | | None at this time. |
| Kenneth Chad Ellis | | None at this time. |
| Jessica Ferguson | | None at this time. |
| Leah Strittmatter | | None at this time. |
| Stacy Baynham | | None at this time. |
| Michelle Carson | | None at this time. |
| Ethan Permenter | | None at this time. |