**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **BARBARA MEIER, et al,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **Case No. 4:18-cv-00615-ALM** |
| | § | |
| **UHS OF DELAWARE, INC., et al,** | § | |
| **Defendants.** | § | |

**DEFENDANTS' JOINT OBJECTIONS TO**
**PLAINTIFFS' FIRST AMENDED EXHIBIT LIST**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW**, Defendants in the above entitled and numbered cause, and file and serve

their Joint Objections to Plaintiffs' First Amended Exhibit List [Doc. #583-2] as follows:

**I.**

**BACKGROUND**

There are nine distinct sets of Plaintiffs in this lawsuit.  [Doc. #183 at 1].  Those nine

Plaintiffs complain about care provided at four different hospitals by numerous different doctors,

as follows [*Id*. at 13-55]:

- Barbara Meier complains about Dr. Tao's participation in her admission to Mayhill and the subsequent hospitalization and treatment by Dr. Faheem.  [*Id*. at 13-20];

- The Hough Family complains about Madison Hough's Mayhill hospitalization and treatment by Dr. Faheem.  [*Id*. at 20-24];

- Sandra Stokes complains about her Mayhill hospitalization and treatment by Dr. Faheem [*Id*. at 24-25, 83];

- Yolanda McPherson complains about care by Wendell Quinn, Dr. Buttar's participation in her transfer to Millwood and the subsequent hospitalization and care by Dr. Mehta.  [*Id*. at 25-27];

- Troy Harvey complains of care by Jan Arnett [sic], Dr. Tao's participation in his transfer to Millwood and the subsequent hospitalization and care by Dr. Malone [*Id*. at 27-30, 64-65];

- Tiffany Young complains about Dr. Tao's participation in her transfer to Hickory Trail and the subsequent hospitalization and care at Hickory Trail [*Id*. at 30-37, 65];

- Bill Crowell complains about his hospitalization at Behavioral Hospital of Bellaire (Bellaire) and care by Dr. Rafique [*Id*. at 37-42];

- The Creels complain about Dr. Tom's participation in Ms. Creel's admission to Bellaire and the subsequent hospitalization by Dr. Rafique [*Id*. at 42-52, 66], and;

- Jalisa Green complains about Dr. Tao's participation in her transfer to Millwood and the subsequent hospitalization and care by Dr. Mehta [*Id*. at 52-55].

In accordance with the current schedule set by the Court, on January 29, 2020, in connection with submission of the Joint Pretrial Order, Plaintiffs provided the Court and the parties their Exhibit List [Doc. #508-1]. This Exhibit List was 150 pages long and designated 1,333 exhibits that total close to, if not more than, 40,000 pages.

Included as exhibits were 56 audio and video files encompassing countless hours of testimony Plaintiffs plan on presenting to the jury.  [Doc. #508-1: Exhibits 7-29, 199-201, 317-338, 671, 1263, and 1272-1280].  Included as exhibits were many statutes (for example Exhibit 68 is 4,833-pages consisting of the entire Texas Health & Safety Code), more than 3,500 pages of materials related to Texas Senate Bill 205, complete sets of the policies and procedures and Medical Staff Bylaws of Bellaire, Hickory Trail, Mayhill, and Millwood Hospitals (totaling more than 5,500 pages), as well as in excess of 100 pages of authorizations from Plaintiffs allowing their employment, tax, and medical records to be obtained.  [Doc. #508-1: Exhibits 82-88, 289-302]. Plaintiffs also designated as exhibits more than 400 pages of news articles and other materials that are not admissible, but that might be argued to be learned treatises, periodicals, or pamphlets that fall within the hearsay exception under Rule 803(18) of the Federal Rules of Evidence.  [Doc.

#508-1: *See e.g.* Exhibits 35, 51, 61, 62, 64, 67, 77, 81, 177, 192, 195, 232, 234, 239, 251, 254, 259, 304, 312, 416, 425, 427, 429, 414-443, 445-447, 474, 475, 478, 528, 539, 601, 669].

Defendants conferred with Plaintiffs' counsel on multiple occasions about the various issues and objections discussed above, including discussions via email, telephone and an in-person conference on February 18, 2020 following the deposition of Verne Meier.  On the afternoon of February 24, 2020, Plaintiffs provided Defendants with a "proposed amended exhibit list."  1,333 items are still listed, but Plaintiffs withdrew more than 800 of the exhibits initially listed.  That still left almost 500 exhibits Plaintiffs intend to offer at trial.  At 5:35 p.m. the evening of February 26, 2020, Plaintiffs filed with the Court and served this "proposed" list as their First Amended Exhibit List.  [Doc. #583-2].

Despite Defendants' good faith effort to confer with Plaintiffs' counsel and resolve their disputes with Plaintiffs' trial exhibit list, many issues remain in Plaintiffs' amended list. For example, many of Plaintiffs' exhibits are still not identified with sufficient particularity so as to allow Defendants to lodge appropriate objections. Instead, they are marked "NOT LABELED" with no reference as to when, where or if they were produced. Until the unlabeled exhibits are properly identified and provided to Defendants, as Plaintiffs have agreed to do, Defendants are unable to properly lodge objections.

Moreover, the vast majority of the exhibits listed in the amended exhibit list still have extremely limited admissibility to the extent they might be admissible.  For example, documents related to Barbara Meier's claim are irrelevant and inadmissible as to Defendants Jan Arnette, Wendell Quinn, Behavioral Hospital of Bellaire, Millwood Hospital, Hickory Trail Hospital, Behavioral Health Connections, Dr. Mehta, Dr. Malone, Dr. Rafique, Ms. Yao, Dr. Buttar, and Dr. Tom since Meier asserts no claim against these Defendants.  [*See* Doc. #183 at 13-20, #508 at 6].

In an effort to bring some order to this chaos, the Defendants by Plaintiff – based on Plaintiffs' contentions in the Joint Final Pre-trial Order [Doc. #508] – are:

1. <u>Meier</u>: Mayhill, Dr. Faheem, Chang Defendants[1], Dr. Tao and UHS.  [*Id*. at 6].

2. <u>Hough</u>: Mayhill, Dr. Faheem, UHS and Chad Ellis.  [*Id*. at 8].

3. <u>Young</u>: Hickory Trail, Chang Defendants, Dr. Tao, and UHS. [*Id*. at 12].

4. <u>Stokes</u>: Mayhill, Dr. Faheem, UHS and Behavioral Health Connections. [*Id*. at 9].

5. <u>McPherson</u>: Millwood, Dr. Mehta, Chang Defendants, Dr. Buttar, UHS, Behavioral Health Connections and Quinn. [*Id*. at 11].

6. <u>Harvey</u>: Millwood, Dr. Malone, Chang Defendants, Dr. Tao, UHS, Behavioral Health Connections and Ms. Arnett [sic].  [*Id*. at 7].

7. <u>Crowell</u>: Bellaire, Dr. Rafique and UHS.  [*Id*. at 10].

8. <u>Creel</u>: Bellaire, Dr. Rafique, Chang Defendants, Dr. Tom, and UHS. [*Id*. at 13].

9. <u>Green</u>: Millwood, Dr. Mehta, Chang Defendants, Dr. Tao, UHS, and Behavioral Health Connections. [*Id*. at 10-11].

Conversely, the Plaintiffs by Defendant are:

1. <u>UHS Defendants</u>: All Plaintiffs – Meier, Harvey, Hough, Stokes, Crowell, Green, McPherson, Young and Creel.

2. <u>Chang Defendants</u>: Meier, Harvey, McPherson, Green, Young and Creel.

3. <u>Behavioral Health Connections</u>: Harvey, Stokes, McPherson and Green.

4. <u>Mayhill Hospital</u>: Meier, Hough and Stokes.

5. <u>Dr. Faheem</u>: Meier, Hough and Stokes.

6. <u>Millwood</u>: Harvey, McPherson and Green.

7. <u>Dr. Mehta</u>: McPherson and Green.

8. <u>Dr. Malone</u>: Harvey.

---

[1] The term "Chang Defendants" includes Dr. Yupo Jesse Chang, Universal Physicians, P.A., Dr. Says, LLC, MD Reliance, Inc., and Officewinsome, LLC.

**9.** <u>Bellaire Hospital</u>: Crowell and Creel.

**10.** <u>Dr. Rafique</u>: Crowell and Creel.

**11.** <u>Hickory Trail</u>: Young.

**12.** <u>Dr. Tao</u>: Meier, Harvey, Green and Young.

**13.** <u>Dr. Tom</u>: Creel.

**14.** <u>Dr. Buttar</u>: McPherson.

**15.** <u>Mr. Quinn</u>: McPherson.

**16.** <u>Ms. Arnett [sic]</u>: Harvey.

[*Id*. at 6-13].

To preserve their objection to the admission of irrelevant and inadmissible evidence at trial, Defendants advise and inform the Court and Plaintiffs of the following with respect to Plaintiffs' First Amended Exhibit List.

**1.** <u>Mayhill</u>:
Mayhill  objects to the admission of any evidence related to any Plaintiff other than Meier, Hough or Stokes and related to any claim other than Meier, Hough or Stokes' claim against it because under Rule 402 of the FEDERAL RULES OF EVIDENCE (Rule 402) that evidence is irrelevant and because under Rule 403 of the FEDERAL RULES OF EVIDENCE (Rule 403) any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Mayhill objects to the to the admission of evidence related to Plaintiffs Meier, Hough and Stokes in a single trial against it because under Rule 402 evidence related to one's Plaintiff's claim against it is irrelevant as to the other Plaintiffs' claims against it and because under Rule 403 any probative value the other Plaintiffs' claims against it might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

**2.** <u>Dr. Faheem</u>:
Dr. Faheem  objects to the admission of any evidence related to any Plaintiff other than Meier, Hough or Stokes and related to any claim other than Meier, Hough or Stokes' claim against her because under Rule 402 that evidence is irrelevant and because under Rule 403 probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Dr. Faheem objects to the to the admission of evidence related to Plaintiffs Meier, Hough and Stokes in a single trial against her because under Rule 402 evidence related to one's Plaintiff's claim against her is irrelevant as to the other Plaintiffs' claims against her and because under Rule 403 any probative value the other Plaintiffs' claims against her might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

3. <u>Millwood</u>:

Millwood objects to the admission of any evidence related to any Plaintiff other than Harvey, McPherson or Green and related to any claim other than Harvey, McPherson or Green's claim against it because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Millwood objects to the to the admission of evidence related to Plaintiffs Harvey, McPherson and Green in a single trial against it because under Rule 402 evidence related to one's Plaintiff's claim against it is irrelevant as to the other Plaintiff's claims against her and because under Rule 403 any probative value the other Plaintiff's claims against her might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

4. <u>Dr. Mehta</u>:

Dr. Mehta  objects to the admission of any evidence related to any Plaintiff other than McPherson or Green and related to any claim other than McPherson or Green's claim against her because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Dr. Mehta objects to the to the admission of evidence related to Plaintiffs McPherson and Green in a single trial against her because under Rule 402 evidence related to one's Plaintiff's claim against her is irrelevant as to the other Plaintiff's claims against her and because under Rule 403 any probative value the other Plaintiff's claims against her might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

5. <u>Dr. Malone</u>:

Dr. Malone  objects to the admission of any evidence related to any Plaintiff other than Harvey and related to any claim other than Harvey's claim against him because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

**6.** <u>Bellaire</u>:
Bellaire objects to the admission of any evidence related to any Plaintiff other than Crowell or Creel and related to any claim other than Crowell or Creel's claim against it because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Bellaire objects to the to the admission of evidence related to Plaintiffs Crowell and Creel in a single trial against it because under Rule 402 evidence related to one's Plaintiff's claim against him is irrelevant as to the other Plaintiff's claims against it and because under Rule 403 any probative value the other Plaintiff's claims against him might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

**7.** <u>Dr. Rafique</u>:
Dr. Rafique  objects to the admission of any evidence related to any Plaintiff other than Crowell or Creel and related to any claim other than Crowell or Creel's claim against him because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Dr. Rafique objects to the to the admission of evidence related to Plaintiffs Crowell and Creel in a single trial against him because under Rule 402 evidence related to one's Plaintiff's claim against him is irrelevant as to the other Plaintiff's claims against him and because under Rule 403 any probative value the other Plaintiff's claims against him might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

**8.** <u>Hickory Trail</u>:
Hickory Trail objects to the admission of any evidence related to any Plaintiff other than Young and related to any claim other than Young's claim against it because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

**9.** <u>Chang Defendants</u>:
Chang Defendants object to the admission of any evidence related to any Plaintiff other than Meier, Harvey, Green, McPherson, Young or Creel and related to any claim other than Meier, Harvey, Green, McPherson, Young or Creel's claim against them because under Rule 402 that evidence is irrelevant and because under Rule 403 probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Chang Defendants object to the to the admission of evidence related to Plaintiffs Meier, Harvey, Green, McPherson, Young and Creel in a single trial against them because under Rule 402 evidence related to one's Plaintiff's claim against them is irrelevant as

to the other Plaintiffs' claims against them and because under Rule 403 any probative value the other Plaintiffs' claims against them might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

10. <u>Dr. Tao</u>:

Dr. Tao  objects to the admission of any evidence related to any Plaintiff other than Meier, Harvey, Young or Green and related to any claim other than Meier, Harvey, Young or Green's claim against him because under Rule 402 that evidence is irrelevant and because under Rule 403 probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Dr. Tao objects to the to the admission of evidence related to Plaintiffs Meier, Harvey, Young and Green in a single trial against him because under Rule 402 evidence related to one's Plaintiff's claim against her is irrelevant as to the other Plaintiffs' claims against him and because under Rule 403 any probative value the other Plaintiffs' claims against him might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

11. <u>Dr. Tom</u>:

Dr. Tom  objects to the admission of any evidence related to any Plaintiff other than Creel and related to any claim other than Creel's claim against him because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

12. <u>Ms. Yao</u>:

Yao objects to the admission of any evidence related to any Plaintiff other than Creel and to any claim other than Creel's claim against her because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

13. <u>Behavioral Health Connections</u>:

Behavioral Health Connections objects to the admission of any evidence related to any Plaintiff other than Harvey, Stokes, McPherson or Green and related to any claim other than Harvey, Stokes, McPherson or Green's claim against it because under Rule 402 that evidence is irrelevant and because under Rule 403 probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

Behavioral Health Connections objects to the admission of evidence related to Plaintiffs Harvey, Stokes, McPherson and Green in a single trial against it because under Rule 402 evidence related to one's Plaintiff's claim against it is irrelevant as to the other Plaintiffs' claims against it and because under Rule 403 any probative value

the other Plaintiffs' claims against it might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

14. <u>Dr. Buttar</u>:

Dr. Buttar objects to the admission of any evidence related to any Plaintiff other than McPherson and to any claim other than McPherson's claim against her because that evidence is irrelevant under Rule 402 and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

15. <u>Mr. Quinn</u>:

Quinn objects to the admission of any evidence related to any Plaintiff other than McPherson and to any claim other than McPherson's claim against him because that evidence is irrelevant under Rule 402 and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

16. <u>Ms. Arnett [sic]</u>:

Arnett objects to the admission of any evidence related to any Plaintiff other than Harvey and to any claim other than Harvey's claim against her because under Rule 402 that evidence is irrelevant and because under Rule 403 any probative value that evidence might have is substantially outweighed by a danger of unfair prejudice, confusing the issues and misleading the jury.

In the event the Court admits such irrelevant and inadmissible exhibits, those Defendants to which the exhibits are irrelevant and inadmissible request a limiting instruction be issued as provided for in Rule 105 of the FEDERAL RULES OF EVIDENCE.

Defendants reserve the right to make further objections at the time of trial.

## II.
## OBJECTIONS TO EXHIBITS DESIGNATED BY PLAINTIFFS

| EXHIBIT NO. | DESCRIPTION | OBJECTION(S) |
|---|---|---|
| 62 | WSJ Article re Timberlawn Hospital | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned |

| | | treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 72 | Defendant Yao's Notary Record | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 73 | Compliance Training Materials | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 89 | 911 Calls from Hickory Trail, Mayhill and Millwood Hospitals | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 105 | Ltr. from D. Creel to Alan B. Miller, UHS | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 107 | Display Graphics, Inc. Sales Chart | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 125 | Hickory Trail Facebook Page | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| | | Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 126 | Mayhill Facebook Page | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 127 | Millwood Facebook Page | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 129 | J. Green Millwood Billing Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 131 | Plaintiff Harvey Insurance Information | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 132 | Plaintiff Harvey Itemized List of out of Pocket Expenses | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay testimony.  FED. R. EVID. 802.  Is inadmissible because there is hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| 133 | Plaintiff Harvey Materials - Medical Bills | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Also portions of these medical bills not relevant or related to his care of the patient, specifically medical and medication bills incurred prior to or after his hospitalization.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| --- | --- | --- |
| 134 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 135 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 136 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 137 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 138 | UHS Investor PowerPoint | Irrelevant.  FED. R. EVID. 402. FED. R. EVID. 805. Any probative value substantially |

| | | |
|---|---|---|
| | | outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Contains inadmissible hearsay. FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 142 | Info re Aligned Telehealth | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 143 | Info re Aligned Telehealth | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 144 | Care Transitions Summary | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 145 | MentalHelp.net Stigma of Mental Illness Article | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 146 | BH Connections – Mental Health Crisis Intervention | Irrelevant.  FED. R. EVID. 402. |
| 147 | BH Connections Jobs | Irrelevant.  FED. R. EVID. 402. |
| 150 | Critical Access Hospital Quality Improvement Project | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 151 | BH Connections Contact Information | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802. Has |

| | | not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 152 | W. Crowell Collections Letter | Irrelevant. Fed. R. Evid. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 153 | Cynthia Clements Notary Journal | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 156 | DrSays Online Doctor Visit and Scripts | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 157 | DrSays Community Impact | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 158 | DrSays Privacy Policy | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 159 | DrSays FAQ | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 164 | Dr. Mehta Texas Medical Association Blog | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802.  Has |

| | | not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 165 | Blank Memorandum of Transfer | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 166 | BH Connections Mobile Assessment Services | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 167 | BH Connections Mobile Psychiatric Assessment | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 168 | Secretary of State Information on Cynthia Lynn Clements | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 169 | BH Connections National Provider Identifiers Registry | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 170 | UHS – Our Values | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. <br><br> Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 181 | Taiwan LinkedIn DrSays | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. |

| | | 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. Prohibited use of character evidence. FED. R. EVID. 404. |
|---|---|---|
| 182 | BH Connections – Telepsychiatry Services | Irrelevant.  FED. R. EVID. 402. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 183 | BH Connections – Tele Video Assessment Services | Irrelevant.  FED. R. EVID. 402. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 187 | UHS 2018 Financial Reports and 2019 Earnings Guidance | Irrelevant. FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 188 | UHS Code of Conduct | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 189 | UHS Code of Conduct/Ethics | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 190 | UHS Code of Ethics for Senior Financial Officers | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| 192 | Modern Healthcare Article About UHS DOJ Settlements | Irrelevant.  FED. R. EVID. 402.  Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Prohibited use of settlements, compromise offers and negotiations.  FED. R. EVID.  408.  Prohibited use of plea, plea discussions and related statements.  FED. R. EVID. 410.  Contains inadmissible hearsay testimony.  FED. R. EVID. 802.  Is inadmissible because there is hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902.  Prohibited use of character evidence. FED. R. EVID. 404. |
| 193 | UHA [sic] – Our Values | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay testimony.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 218 | UHS Patriot Support Programs | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 219 | UHS CEO Alan Miller | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 235 | UHS Total Patient Care – Integrating Behavioral Health to Improve Population Health | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| 237 | Discrimination Notice | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 238 | UHS Publication – Transforming Delivery of Healthcare | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402.  Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 240 | UHS – The Leader in Total Patient Care | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 242 | UHS of Delaware Fact Sheet | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 245 | Plaintiff Meier Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 247 | Drug Addiction and Disability Rights Laws Fact Sheet | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. |

| | | 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 248 | HHS Civil Rights Clearance for Medicare Provider Applicants | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 249 | HHS Discrimination Based on Disability | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 251 | Article on Healthcare Fraud | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 253 | HHS Making Facilities and Programs Accessible | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| 254 | WFAA Article on Plaintiff Hough | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 255 | Article on Performance of Notary Acts | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 258 | HHS.gov Article on Who Has a Disability Under Section 504 | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Improperly invades the province of the Court in instructing the jury on matters of law. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 259 | Health Services Insights Article on Function of Medical Director | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. Has not |

| | | |
|---|---|---|
| | | been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 278 | Universal Physicians, PA Medicare.gov Information | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 310 | Texas Medical Board Telemedicine FAQs | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 312 | Medcitynews.com Article of UHS DOJ Settlement. | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Prohibited use of settlements, compromise offers and negotiations. FED. R. EVID.  408.  Prohibited use of plea, plea discussions and related statements.  FED. R. EVID. 410.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Character evidence. FED. R. EVID.  404. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 316 | Texas Notary Public Manual | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 332 | WFAA Investigative Videos | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned |

| | | treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902.  Prohibited use of character evidence. FED. R. EVID. 404. |
|---|---|---|
| 334 | WFAA Investigative Videos | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902.  Prohibited use of character evidence. FED. R. EVID. 404. |
| 336 | WFAA Investigative Videos | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902.  Prohibited use of character evidence. FED. R. EVID. 404. |
| 337 | WFAA Investigative Videos | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| | | Prohibited use of character evidence. FED. R. EVID. 404. |
|---|---|---|
| 338 | WFAA Investigative Videos | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. Prohibited use of character evidence. FED. R. EVID. 404. |
| 343 | Millwood Hospital Documents with J. Green Handwritten Notes | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. <br><br> Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 344 | Diane Creel Chart re Sales - Yearly by Calendar Month | Irrelevant.  FED. R. EVID. 402. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 345 | Diane Creel Out of Pocket Expenses after BHB | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. <br><br> Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 348 | 2018 0130 BHB Demand Bill | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 350 | Contemporary Medicine Associations Statement | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 362 | BHB Statement/Bills | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 367 | The Harris Center Statements | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| 372 | BHB Financial Responsibility Form for D Creel | Irrelevant.  FED. R. EVID. 402.   Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 373 | Email from D. Creel to Brady Ipock re: BHB | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 374 | Email from Peter Fredo to D Creel re: UHS, Request Response from TMB | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 375 | Plaintiff Harvey Materials - "Special Welcome Back for Sergeant Returning to Student Coaching" re Troy Harvey | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 377 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.

Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 378 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.

Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 379 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| | | Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 380 | E-Mail to Plaintiff Harvey About Millwood Lawsuit | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 382 | Plaintiff Young Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 398 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 409 | Diane Creel 2017 W-2 | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 410 | Diane Creel 2018 W-2 | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 411 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Unrelated collateral litigation and hearsay.  FED. R. EVID. 802, 803.  Unduly confusing, time waster, irrelevant and immaterial.  FED. R. EVID. 402, 403. |
| 412 | Bellaire Hospital Instagram Post | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |

| 420 | UHS Insights on Wellness for Women Article | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 421 | Careflight Billing Records Y. McPherson | Irrelevant.  FED. R. EVID. 402.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 422 | Careflight Medical Records Y. McPherson | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.

Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 423 | Poll on Americans' Perceptions of Mental Health | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 424 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.

Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 425 | Article on Suicide | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. |

| | | |
|---|---|---|
| | | 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID.  805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 427 | Article re UHS to Negotiate Compliance Agreement in Billing Case | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805. Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 428 | Dr. Faheem Twitter Page | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 442 | Buzzfeednews.com Article on Mental Health Care Not Involving Plaintiffs or Defendant Hospitals | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 444 | Buzzfeednews.com Article on Mental Health Care Not Involving Plaintiffs or Defendant Hospitals | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. |

| | | 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
|---|---|---|
| 447 | Buzzfeednews.com Article on Mental Health Care Not Involving Plaintiffs or Defendant Hospitals | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 468 | Sen. Grassley Letter | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 469 | Sen. Grassley Letter | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 470 | Plaintiff Meier Photo | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 471 | Plaintiff Meier Photo | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 475 | Modern Healthcare Article on UHS Stock Price | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Prohibited use of settlements, compromise offers and negotiations. FED. R. EVID.  408.  Prohibited use of plea, plea discussions and related statements.  FED. R. EVID. 410. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 476 | UHS Statement on Closing Timberlawn | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 477 | Article on UHS Stock Price Following DOJ Settlement | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Prohibited use of settlements, compromise offers and negotiations. FED. R. EVID.  408.  Prohibited use of plea, plea discussions and related statements.  FED. R. EVID. 410.Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. Character Evidence. FED. R. EVID. 404. |
| 479 | Plaintiff Meier Photos | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 480 | Plaintiff Meier Photos | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value |

| | | |
|---|---|---|
| | | substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 481 | Plaintiff Meier Photos | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 482 | Plaintiff Meier Photos | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 483 | Plaintiff Meier Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 486 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 487 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 488 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 489 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 491 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 495 | Plaintiff Meier Facebook Post | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|---|---|---|
| 505 | Dr. Malone Materials - Reviews Millwood Honest and Malone | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.   Contains hearsay within hearsay.  FED. R. EVID. 805.  Has not been authenticated under the provisions of FED. R. EVID. 901 or 902. |
| 510 | UHS Newsletter re 2015 Management Conference | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 513 | Display Graphics Revenue | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). |
| 516 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 517 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 518 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 519 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | |
|---|---|---|
| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 520 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 521 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 522 | Mortgage Information re Mayhill Incident | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 526 | Property Yearly Timeline | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 528 | CDC Information | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 529 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 530 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 531 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 532 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 533 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 534 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 535 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 536 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 537 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 538 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 573 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 574 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 575 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 576 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 577 | Plaintiff McPherson Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 578 | Plaintiff McPherson Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 587 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 588 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 589 | Plaintiff Green Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | |
|---|---|---|
| | | prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 590 | Plaintiff Crowell Materials | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 591 | 911 Calls from Bellaire Hospital | Irrelevant. FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Contains inadmissible hearsay. FED. R. EVID. 802. Contains hearsay within hearsay. FED. R. EVID. 805. Lack of authentication. FED. R. EVID. 901. Character Evidence. FED. R. EVID. 404. |
| 592 | HHS FOIA Materials re UHS | Irrelevant. FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Prohibited use of settlements, compromise offers and negotiations. FED. R. EVID. 408. Prohibited use of plea, plea discussions and related statements. FED. R. EVID. 410. Contains inadmissible hearsay. FED. R. EVID. 802. Contains hearsay within hearsay. FED. R. EVID. 805. Lack of authentication. FED. R. EVID. 901. |
| 602 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 603 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 605 | Plaintiff Meier Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. |
| 606 | Plaintiff Crowell Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
|---|---|---|
| 607 | Plaintiff Creel Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 608 | Plaintiff Hough Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 609 | Plaintiff Stokes Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 610 | Plaintiff Young Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 611 | Plaintiff Harvey Photos | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 612 | Plaintiff McPherson Materials | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 621 | Article "Family of Woman Killed During Alleged Drag Race" | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |
| 622 | Plaintiff Meier Materials | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Lack of authentication. FED. R. EVID. 901. |

| 641 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|---|---|---|
| 642 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 643 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 644 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 645 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 649 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 650 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 651 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 652 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| --- | --- | --- |
| 655 | Plaintiff Meier Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 656 | Plaintiff Meier Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 657 | Picture of Millwood Giving Backpacks to Schools | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 664 | Millwood Giving Gifts to Arlington ISD | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 666 | Millwood Giving Continuing Education to Mansfield PD | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 667 | Millwood Giving Schools Free Lunches | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and |

| | | misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
|---|---|---|
| 670 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 673 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 674 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 675 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 676 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 677 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 678 | Sen. Grassley Letters | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 679 | Sen. Grassley Letters | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| | | |
|---|---|---|
| | | Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 680 | Sen. Grassley Letters | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 681 | Sen. Grassley Letters | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 682 | McPherson Explanation of Benefits | Irrelevant.  FED. R. EVID. 402. Lack of authentication. FED. R. EVID. 901. |
| 685 | Sen. Grassley Correspondence | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 686 | Sen. Grassley Correspondence | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 691 | Dallas Morning News Home Articles | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). |

| | | |
|---|---|---|
| | | Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 692 | Dallas Morning News Home Articles | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 695 | Sen. Grassley Letter | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. FED. R. EVID. 901. |
| 698 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 699 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 700 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 701 | Plaintiff Hough Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 707 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 708 | Plaintiff Creel Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 709 | Plaintiff Crowell Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 710 | Plaintiff Crowell Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 711 | Plaintiff Green Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 712 | Plaintiff Green Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 713 | Plaintiff Harvey Records - Millwood Hospital | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 714 | Plaintiff Harvey Records - Millwood billing Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 715 | Plaintiff McPherson Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 716 | Plaintiff McPherson Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 717 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 718 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 719 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 720 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 721 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 722 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 723 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 728 | Bellaire P&P | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 735 | Plaintiff Crowell Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |

| 736 | Plaintiff Crowell Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
|---|---|---|
| 737 | Bellaire Joint Commission Survey Report | Irrelevant.  FED. R. EVID. 402. Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 738 | Bellaire Joint Commission Survey Report | Irrelevant.  FED. R. EVID. 402. Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 739 | Bellaire Staff Bylaws | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 740 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Lack of authentication. FED. R. EVID. 901. |
| 743 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. |
| 747 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. |
| 748 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403 |
| 749 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 750 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. |

| 751 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 752 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 753 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 754 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 755 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 756 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 757 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 758 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| | | Contains inadmissible hearsay.  FED. R. EVID. 802. |
|---|---|---|
| 759 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 760 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 761 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 762 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 763 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 764 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 765 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 766 | Hickory Trails Hospital Materials | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of |

| | | |
|---|---|---|
| | | unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. Contains inadmissible hearsay.  Fed. R. Evid. 802. |
| 767 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant.  Fed. R. Evid. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. |
| 768 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant.  Fed. R. Evid. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. |
| 770 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant.  Fed. R. Evid. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. |
| 771 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant.  Fed. R. Evid. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. |
| 780 | Mayhill Hospital Materials | Irrelevant.  Fed. R. Evid. 402.  Multiple levels of hearsay with no applicable hearsay exception. Fed. R. Evid. 802.  Unrelated lawsuits are highly prejudicial and the prejudice outweighs probative value.  Confusing and time wasting. Fed. R. Evid. 402, 403.  Dr. Faheem was not cited as a result of any such investigation and the investigation did not involve her.  Fed. R. Evid. 105. |
| 781 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant.  Fed. R. Evid. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. |
| 782 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant.  Fed. R. Evid. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  Fed. R. Evid. 403. Contains inadmissible hearsay.  Fed. R. Evid. 802. |

| 791 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Hearsay and likely multiple levels of hearsay with no applicable hearsay exception. FED. R. EVID. 802. Unrelated lawsuits are highly prejudicial and the prejudice outweighs probative value. Confusing and time wasting. FED. R. EVID. 402, 403. Dr. Faheem was not cited as a result of any such investigation and the investigation did not involve her. FED. R. EVID. 105. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Lack of authentication. FED. R. EVID. 901. |
| --- | --- | --- |
| 792 | Mayhill Hospital Materials | Irrelevant. FED. R. EVID. 402. |
| 793 | Mayhill Hospital Materials | Irrelevant. FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Contains inadmissible hearsay. FED. R. EVID. 802. Lack of authentication. FED. R. EVID. 901. |
| 848 | Mayhill Hospital Materials | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>As to claims against Dr. Faheem, hearsay and likely multiple levels of hearsay with no applicable hearsay exception. FED. R. EVID. 802. Unrelated lawsuits are highly prejudicial and the prejudice outweighs probative value. Confusing and time wasting. FED. R. EVID. 402, 403. |
| 849 | Millwood P&P re Transfer to Excel Center | Irrelevant. FED. R. EVID. 402. No transfer to the Excel Center is involved. |
| 850 | Millwood P&P re Transfer to a Higher Level of Care | Irrelevant. FED. R. EVID. 402. No transfer to a higher level of care is involved. |
| 851 | Millwood P&P re Transportation | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | |
|---|---|---|
| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 852 | Millwood P&P re Transfer | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 853 | Millwood  P&P re AMA Discharge | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 854 | Millwood P&P re AMA Discharge | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 855 | Millwood P&P – All (2,184 pages) | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 856 | Plaintiff Harvey Records - Billing | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 858 | Various Blank Millwood Forms re Medicare | Irrelevant.  FED. R. EVID. 402. |
| 859 | Millwood 2013 Joint Commission Survey | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18). Contains hearsay within hearsay.  FED. R. EVID. 805.  Lack of authentication. Fed. R. Evid. 901. |
| 860 | Millwood 2016 Joint Commission Survey | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. |

| | | |
|---|---|---|
| | | 802.  Is not admissible under the learned treatises, periodicals or pamphlets exception to the hearsay rule in FED. R. EVID.  803(18).  Contains hearsay within hearsay.  FED. R. EVID. 805. Lack of authentication. Fed. R. Evid. 901. |
| 868 | MSAI Transcript Contract | Irrelevant.  FED. R. EVID. 402. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 872 | Millwood Medical Staff Bylaws – 113 pages | Irrelevant.  FED. R. EVID. 402. |
| 873 | Millwood Medical Staff Bylaws – 112 pages | Irrelevant.  FED. R. EVID. 402. |
| 874 | Millwood Payments to Dr. Malone | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Non-relevant portions of this Exhibit that relate to payments made for patients other than Troy Harvey and dates Troy Harvey was not hospitalized.  FED. R. EVID. 402. |
| 875 | Millwood Payments to RediAnswer | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  <br><br>Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 876 | Payments to Dr. Mehta | Irrelevant.  FED. R. EVID. 402.  Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 881 | Plaintiff Creel Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 882 | Plaintiff Creel Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 886 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
|---|---|---|
| 887 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 888 | Dr. Buttar Materials | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 889 | Universal Physicians – AYY SVCS LLC Agreement | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 897 | Dr. Buttar – Universal Physicians Agreement | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 898 | Dr. Tao – Universal Physicians Agreement | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 899 | Plaintiff Harvey Records | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 900 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 901 | Plaintiff McPherson Materials | Other than related to this Plaintiff's claims – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 902 | Information Management Policy | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|---|---|---|
| 903 | RediAnswer Physical Security Policy | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 904 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 905 | Plaintiff Creel Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 906 | Plaintiff Harvey Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 907 | Plaintiff Young Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 908 | Plaintiff McPherson Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 909 | RediAnswer Joint Commission Accreditation | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 910 | RediAnswer Joint Commission Accreditation | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 911 | Redi Answer Joint Commission Accreditation | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|---|---|---|
| 912 | Plaintiff Creel Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 913 | Plaintiff Creel Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 914 | Plaintiff Green Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 915 | Plaintiff Green Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 916 | Chang Defendants – Bellaire Hospital Billing Materials | Irrelevant.  FED. R. EVID. 402. Lack of authentication. FED. R. EVID. 901. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1109 | BH Connections Information re Mobile Assessment | Irrelevant.  FED. R. EVID. 402. |
| 1110 | BH Connections – Baylor Scott & White Agreements | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1111 | Plaintiff Harvey BHC Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1112 | Plaintiff Stokes BHC Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|---|---|---|
| 1113 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1114 | Plaintiff Stokes BHC Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1115 | Plaintiff McPherson Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1116 | BH Connections Corporate Structure | Irrelevant.  FED. R. EVID. 402. |
| 1117 | Service Agreement BH Connections - Methodist Mansfield | Irrelevant. Fed. R. Evid. 402. |
| 1118 | BH Connections - Psychiatric Medical Associates Medical Director Agreement | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1119 | BH Connections Redacted Personnel File Information for Unidentified Employee | Irrelevant.  FED. R. EVID. 402. |
| 1120 | BH Connections Redacted Personnel File Information for Unidentified Employee | Irrelevant.  FED. R. EVID. 402. |
| 1121 | BH Connections Redacted Personnel File Information for Unidentified Employee | Irrelevant.  FED. R. EVID. 402. |
| 1122 | BH Connections Redacted Personnel File Information for Unidentified Employee | Irrelevant.  FED. R. EVID. 402. |
| 1123 | BH Connections Redacted Personnel File Information for Unidentified Employee | Irrelevant.  FED. R. EVID. 402. |
| 1124 | BHC UHS Facility Admissions Data | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of |

| | | |
|---|---|---|
| | | unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1125 | BHC UHS Facility Admissions Data | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1126 | BHC UHS Facility Admissions Data | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1127 | BHC - Millwood Records on Green | Other than claims by Green against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1128 | BH Connections Key Indicators | Irrelevant.  FED. R. EVID. 402. |
| 1129 | BHC – Millwood Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  The agreement became effective June 15, 2018, which is after all Plaintiffs' admissions. |
| 1130 | BHC – Bellaire Hospital Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1131 | BHC Employee Bianca Mickan Personnel File | Irrelevant.  FED. R. EVID. 402. |
| 1133 | BHC Deflections Data | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1134 | BHC Power Point re Telehealth | Irrelevant.  FED. R. EVID. 402. Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802. |
| --- | --- | --- |
| 1135 | RediAnswer – Mayhill Credentialing Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1136 | Crescent Psychiatry – Mayhill Medical Director Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1137 | Crescent Psychiatry – Mayhill Physician Services Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1138 | RediAnswer – Mayhill Credentialing Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1139 | RediAnswer Mayhill Telemedicine Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1140 | RediAnswer Mayhill Telemedicine Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1141 | Crescent Psychiatry – Mayhill Physician Services Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1142 | BHC – Hickory Trail Telemedicine Agreement | Irrelevant.  FED. R. EVID. 402. |
| 1143 | Crescent Psychiatry – Mayhill Physician Services Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
|---|---|---|
| 1144 | Dr. Malone Medical Director Agreement | Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 1145 | Dr. Malone Physician Services Agreement | Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 1146 | Dr. Mehta Medical Director Agreement | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Contains inadmissible hearsay. FED. R. EVID. 802. Contains hearsay within hearsay. FED. R. EVID. 805. |
| 1147 | Dr. Mehta Physician Services Agreement | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Contains inadmissible hearsay. FED. R. EVID. 802. Contains hearsay within hearsay. FED. R. EVID. 805. |
| 1148 | Dr. Mehta Physician Services Agreement | Other than claims against this Defendant – Irrelevant. FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. Contains inadmissible hearsay. FED. R. EVID. 802. Contains hearsay within hearsay. FED. R. EVID. 805. |

| 1149 | Dr. Mehta Medical Director Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay. FED. R. EVID. 805. |
| --- | --- | --- |
| 1150 | Dr. Mehta Physician Services Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay. FED. R. EVID. 805. |
| 1151 | Distant Site Hospital Physician | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1152 | MD Reliance – Hickory Trail Agreement | Irrelevant.  FED. R. EVID. 402. |
| 1153 | MD Reliance – Hickory Trail Agreement | Irrelevant.  FED. R. EVID. 402. |
| 1154 | RediAnswer – Mayhill Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |
| 1155 | RediAnswer – Mayhill Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. FED. R. EVID. 403. |

| 1156 | Dr. Mehta Services Agreement with Hickory Trail | Irrelevant.  FED. R. EVID. 402.  Any probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. Contains inadmissible hearsay.  FED. R. EVID. 802.  Contains hearsay within hearsay.  FED. R. EVID. 805. |
| --- | --- | --- |
| 1157 | RediAnswer – Mayhill Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1158 | RediAnswer – Mayhill Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1159 | RediAnswer – Mayhill Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1160 | RediAnswer – Mayhill Agreement | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1161 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1162 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1163 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1164 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|---|---|---|
| 1165 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1166 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1167 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1168 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1169 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1170 | UHS Business Associate, Management and Professional Services Agreements | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1171 | Unrelated Lawsuit Against UHS | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402.  Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.  Contains inadmissible hearsay testimony.  FED. R. EVID. 802. |
| 1172 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value |

| | | substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
|---|---|---|
| 1173 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1174 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1175 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1176 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1177 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1178 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| | | Irrelevant.  FED. R. EVID. 402. |
|---|---|---|
| 1179 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1180 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1181 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1182 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1183 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1184 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1185 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
|---|---|---|
| 1186 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1187 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1188 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1189 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1190 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1191 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |

| 1192 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1193 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1194 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1195 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1196 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1197 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1198 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
|---|---|---|
| 1199 | UHS Compliance Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. |
| 1200 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1201 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1202 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1203 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1204 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1205 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1206 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1207 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1208 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1209 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1210 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1211 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1212 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1213 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1214 | Dr. Rafique Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1215 | UHS Code of Conduct | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| | | |
|---|---|---|
| | | Irrelevant.  FED. R. EVID. 402.  Contains inadmissible hearsay.  FED. R. EVID. 802. |
| 1216 | UHS Compliance Manual | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1217 | Dwight Lacy (former Millwood Administrator) Materials | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1218 | UHS Regional V.P. Job Description | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1219 | Dwight Lacy (former Millwood Administrator) Materials | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1220 | Dwight Lacy (former Millwood Administrator) Materials | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1221 | Dwight Lacy (former Millwood Administrator) Materials | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1222 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

| | | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
|---|---|---|
| 1223 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1224 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1225 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains |

| | | inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
|---|---|---|
| 1226 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. <br><br> Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1227 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. <br><br> Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1228 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. <br><br> Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1229 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair |

|  |  | prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
|---|---|---|
| 1230 | Kay McKennery (former Hickory Trials Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1231 | Coleby Wright (former Bellaire Hospital Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1232 | Coleby Wright (former Bellaire Hospital Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains |

| | | inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
|---|---|---|
| 1233 | Coleby Wright (former Bellaire Hospital Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1234 | Coleby Wright (former Bellaire Hospital Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1235 | Coleby Wright (former Bellaire Hospital Administrator) Materials | Other than related to claims against this facility – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.Contains inadmissible hearsay.  FED. R. EVID. 802. Contains hearsay within hearsay.  FED. R. EVID. 805. |
| 1236 | Plaintiff Harvey Records - Millwood Records for Troy Harvey | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1237 | Plaintiff Harvey Records - Burleson Employment Wage Records for Troy Harvey | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|------|------|------|
| 1239 | Plaintiffs Hough, Meier & Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1240 | Meier Power of Attorney | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403.<br><br>Hearsay. 801 FED. R. EVID. |
| 1242 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1244 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1245 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1246 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1247 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1248 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1249 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|------|----------------------|--------------------------------------------------------------------------------------------|
| 1250 | Dr. Faheem Materials | Other than claims against this Defendant – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1251 | Plaintiff Stokes Materials | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1252 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1253 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1254 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1255 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1258 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1259 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1260 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|------|-------------------------|----------------------------------------------------------------------------------|
| 1261 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1262 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1263 | Plaintiff Hough Recordings | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1267 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1271 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1287 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1288 | Plaintiff Meier Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1290 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1291 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
|------|-------------------------|-----------------------------------------------|
| 1292 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1293 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1294 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1295 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1296 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1297 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1298 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1299 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1300 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1301 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1302 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1303 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1304 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1307 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1308 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1309 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1310 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1311 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1314 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1315 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1316 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1317 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1318 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1319 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1320 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1321 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

| 1323 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1324 | Plaintiff Hough Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1325 | Plaintiff Stokes Records | Other than related to this Plaintiff's claims – Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1327 | Dr. Mehta's Millwood Compensation | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |
| 1328 | Dr. Mehta's Millwood Compensation | Irrelevant.  FED. R. EVID. 402. Probative value substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.  FED. R. EVID. 403. |

Respectfully Submitted,

**THIEBAUD REMINGTON THORNTON BAILEY LLP**

By:/s/ *Russell G. Thornton*
     **RUSSELL G. THORNTON**
     State Bar Card No. 19982850
     rthornton@trtblaw.com

     4849 Greenville Avenue, Suite 1150
     Dallas, Texas  75206
     (214) 954-2200
     (214) 754-0999 (Fax)

     **ATTORNEYS FOR DEFENDANT**
     **SEJAL MEHTA, M.D.**

**HAYNES AND BOONE, LLP**

/s/ *George W. Morrison*
Stacy L. Brainin
State Bar No. 02863075
stacy.brainin@haynesboone.com
Anne M. Johnson
State Bar No. 00794271
anne.johnson@haynesboone.com
George W. Morrison
State Bar No. 24007710
bill.morrison@haynesboone.com
Neil Issar
State Bar No. 24102704
neil.issar@haynesboone.com

HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR THE UHS DEFENDANTS**

**SCHELL COOLEY RYAN CAMPBELL LLP**

/s/Russell W. Schell
RUSSELL W. SCHELL
Texas Bar No.17736800
rschell@schellcooley.com
TIMOTHY D. RYAN
Texas Bar No. 17483600
tryan@schellcooley.com
KRISTIN G. MIJARES
Texas Bar No. 24103879
kmijares@schellcooley.com
SCHELL COOLEY RYAN CAMPBELL LLP
5057 Keller Springs Road, Suite 425
Addison, Texas 75001
214-665-2000
214-754-0060 FAX

**ATTORNEYS FOR HOSPITAL DEFENDANT**

**QUILLIN LAW FIRM, P.C.**

*/s/Edward P. Quillin*
Edward P. Quillin
State Bar No. 16431790
equillin@equillinlaw.com
T.B. 'Nick' Nicholas, Jr.
State Bar No. 14991700
nnicholas@equillinlaw.com
QUILLIN LAW FIRM, P.C.
4101 McEwen Road, Suite 540
Dallas, Texas 75244
(972) 386-6664 Telephone
(972) 386-6680 Facsimile

**ATTORNEYS FOR DEFENDANT**
**JAMAL RAFIQUE, M.D.**
**MCCUE-PAULEY & ASSOCIATES, P.C.**

*/s/David C. McCue*
David C. McCue
State Bar No. 13494100
dmccue@mcpaulaw.com
Bruce A. Pauley
State Bar No. 15643200
bpauley@mcpaulaw.com
Mary T. Sullivan, Of Counsel
State Bar No. 24026656
msullivan@mcpaulaw.com
MCCUE-PAULEY & ASSOCIATES, P.C.
15150 Preston Road, Suite 200
Dallas, Texas 75248
(972) 490-0808 Telephone
(972) 490-9545 Facsimile

**ATTORNEYS FOR DEFENDANT**
**SABAHAT FAHEEM, M.D.**

**COOPER & SCULLY, PC**

/s/ *Eric W. Hines*
Eric W. Hines
Texas State Bar No. 24010107
eric.hines@cooperscully.com
R. Brent Cooper
Texas State Bar No. 04783250
brent.cooper@cooperscully.com
Chad M. Nelson
Texas State Bar No. 24102930
chad.nelson@cooperscully.com
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel: 214-712-9500
Fax: 214-712-9540

**ATTORNEYS FOR THE CHANG
DEFENDANTS AND YUNG HUSAN YAO**



**STEED DUNNILL REYNOLDS
BAILEY STEPHENSON LLP**

/s/ *Dana Morgan*
Dana Morgan
Texas State Bar No. 24007705
danamorgan@steedlawfirm.com
Jordan L. Fontenot
Texas State Bar No. 24098956
jordanfontenot@steedlawfirm.com
STEED DUNNILL REYNOLDS
BAILEY STEPHENSON LLP
250 East Evergreen Street
Sherman, TX 75090
Tel:  903-813-3900
Fax: 903-813-3909

**ATTORNEYS FOR DEFENDANTS
QINGGUO TAO, HARMANPREET
BUTTAR, AND TIMOTHY TOM**



/s/ *Robert J. Swift*
D. Bowen Berry

Texas State Bar No. 02233280
bberry@settlepou.com
Gary D. Lykins
Texas State Bar No. 12715600
glykins@settlepou.com
SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Tel: 214-520-3300
Fax: 214-526-4145

Robert J. Swift
Texas State Bar No. 19585700
robert.swift@nortonrosefulbright.com
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney, Suire 5100
Houston, TX 11010
Tel: 713-651-5151

**ATTORNEYS FOR DEFENDANT
GARY MALONE**

## CERTIFICATE OF SERVICE

On **February 27, 2020**, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2).

/s/Russell G. Thornton
**RUSSELL G. THORNTON**