**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **BARBARA MEIER,** *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:18-cv-00615-ALM |
| | § | |
| **UHS OF DELAWARE, INC.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING DEFENDANTS MOTIONS TO STRIKE SUPPLEMENTAL REPORTS OF MARK BLOTCKY AND REBECCA BUSCH AND ORDERING PRODUCTION OF DOCUMENTS

Came on to be considered Defendants Motions to Strike the Supplemental Reports of Busch and Blotcky. Having considered the Motions, Plaintiffs' Response, and the documents and information on file, the Court finds that the Motions should be denied.

Furthermore, it is ordered that Defendants produce the materials identified in detailed in footnotes 25, 33, 37, 45, 48, 56, and 58 of Busch's supplemental report within the next 10 business days.