# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BARBARA MEIER, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:18cv615 |
| | § | JUDGE MAZZANT |
| UHS OF DELAWARE, INC., ET AL. | § | |
| | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan.  U.S. Magistrate Judge Christine A. Nowak is appointed to mediate the case.  The parties are instructed to contact Judge Nowak's chambers (903.893.7667) to discuss dates available for mediation.

**IT IS SO ORDERED.**
**SIGNED this 5th day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE