IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BARBARA MEIER, *et al.* § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § Case No. 4:18-cv-0615-ALM <br> § Judge Mazzant <br> UHS OF DELAWARE, INC., *et al.* § <br> § <br> *Defendants*. § <br> § | |

## HOTLINE DISCOVERY ORDER

The Court was prepared to hold a telephone hearing today in line with its previous Order regarding the Rule 30(b)(6) deposition of Defendant UHS of Delaware, Inc. ("UHS") through Matthew Klein. *See* Dkt. No. 699. Counsel let the Court know that the parties had come to an agreement, which obviated the need for the hearing. Counsel also relayed that the parties agreed:

(1) Defendants will complete by December 18, 2020 the document production and privilege log ordered previously, and

(2) the parties will complete the remaining Rule 30(b)(6) depositions during the week of January 11, 2021.

At the request of the parties, the Court will also be available to resolve any privilege log disputes by telephone hearing on December 21 at 3:00 P.M.

SIGNED this 9th day of December, 2020.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE