IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BARBARA MEIER, *et al*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| vs. | § Civil Action No. 4:18-cv-00615-ALM |
| | § |
| UHS OF DELAWARE, INC., *et al*, | § |
| | § |
| Defendants. | § |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Diane Creel and Lynn Creel and Defendant Jamal Rafique, M.D., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims, demands, counterclaims, and defenses asserted by Plaintiffs Diane Creel and Lynn Creel, with each party to bear their own attorney's fees and costs.  See, e.g., *Nat'l City Golf Fin. v. Scott,* 899 F.3d 412, 416 (5th Cir. 2018) ("[I]n a multi-defendant suit, the plaintiff may single out a party for dismissal; in those cases only the dismissed defendant need sign the stipulation.").

Respectfully submitted,

/s/ *John Tindall Burkhead*
John Tindall Burkhead
State Bar No. 24072010
jburkhead@flbranson.com
THE LAW OFFICES OF FRANK L. BRANSON, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
Tel: (214) 522-0200
Fax: (214) 521-5485

**ATTORNEYS FOR PLAINTIFFS
DIANE CREEL AND LYNN CREEL**

/s/ *Ed Quillin*
Edward P. Quillin
State Bar No. 16431790
equillin@equillinlaw.com
QUILLIN LAW FIRM, PC
4101 McEwen Road, Suite 540
Dallas, Texas 75244
972-386-6664 phone
972-386-6680 fax

**ATTORNEYS FOR DEFENDANT
JAMAL RAFIQUE, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, the foregoing document was served upon all counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

/s/ *John Tindall Burkhead*
John Tindall Burkhead