# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BARBARA MEIER; MADISON HOUGH; <br> JASON HOUGH; GOVINDA HOUGH; <br> TIFFANY YOUNG; SANDRA STOKES; <br> YOLANDA MCPHERSON; TROY HARVEY; <br> BILL CROWELL; DIANE CREEL; <br> LYNN CREEL; and JALISA GREEN <br><br> v. <br><br> UHS OF DELAWARE, INC.; <br> UNIVERSAL HEALTH SERVICES, INC.; <br> MAYHILL BEHAVIORAL HEALTH, LLC; <br> SABAHAT FAHEEM; KENNETH CHAD ELLIS; <br> MILLWOOD HOSPITAL LP; <br> SEJAL MEHTA; GARY MALONE; <br> BEHAVIORAL HEALTH MANAGEMENT, LLC <br> d/b/a BEHAVIORAL HOSPITAL OF BELLAIRE; <br> JAMAL RAFIQUE; HICKORY TRAIL <br> HOSPITAL, LP; UNIVERSAL PHYSICIANS, <br> P.A.; DR. SAYS LLC; MD RELIANCE, INC.; <br> OFFICEWINSOME, LLC; YU-PO JESSE <br> CHANG; QUINGGUO TAO; TIMOTHY TOM; <br> HARMANPREET BUTTAR; YUNG HUSAN <br> YAO; BEHAVIORAL HEALTH ONNECTIONS, <br> INC.; WENDELL QUINN; JAN ARNETT | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:18-cv-00615-ALM |

### ORDER ON STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS DIANE AND LYNN CREEL AND DEFENDANTJAMAL RAFIQUE, M.D.

After considering the Stipulation of Dismissal between Plaintiffs Diane and Lynn Creel and Defendant Jamal Rafique, M.D., the Court GRANTS AND APPROVES the Stipulation of Dismissal and dismisses with prejudice all federal and state law claims of Plaintiffs Diane and Lynn Creel against Defendant Jamal Rafique, M.D. only.  This Order does not affect any other party or claim or defense of any other party.

The Clerk is directed to terminate Defendant Jamal Rafique, M.D. only as a party to this case.

**IT IS SO ORDERED.**

**SIGNED this 18th day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE